IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-33814 |
| AUTOVOCITY TRANSPORT, LLC | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

### EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Autovocity Transport, LLC ("Debtor") and files this Emergency Motion for Authority to Use Cash Collateral pursuant to 11 U.S.C. **§** 363. The Debtor presents this motion and respectfully represents the following:

1. On December 22, 2022 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code") and is now operating its business as a Debtor-In-Possession.

2.   The Debtor continues to manage and operate its business as Debtor-In-Possession pursuant to §§1107 and 1108 of the Bankruptcy Code. No creditors' committee has been appointed in this case by the United States Trustee.

3.   A search in the Texas Secretary of State shows that allegedly secured positions are held by (1) U.S. Small Business Administration; (2) MCA Servicing; (3) Samson Horus, (4) Byzfunder, (5) Simply Funding, (6) Vivian Capital, (7) Vault 26 Capital, (8) Novus Capital, and (9) G and G Funding Group LLC (*see* Exhibit "B").

4.   Debtor seeks to use the cash collateral for expenses set forth on Exhibit "A" and any other unforeseeable expenses that may arise and pose a threat to the Debtor's continued operations.

5.   **Emergency Consideration:** Emergency consideration is requested because the Debtor depends on the use of cash collateral for payroll, supplies, and other general operating expenses. If the Debtor is unable to use cash collateral, it will be forced to cease operations.

6.   It is critical to the operation of the Debtor's business, and to its reorganization efforts, that it be permitted to pay these expenses using cash collateral. The Debtor produces revenue from its transportation business and would use such revenue to pay the budgeted expenses.

7.   Attached as Exhibit "A" is a 14-day and 30-day budget for the Debtor, showing projected income and expenses. The amounts listed are reasonable and good faith estimations of what the Debtor needs to spend each month to continue the operations of its business and reorganize.

8.   In addition to Exhibit A, the following Exhibit is also attached:

        Exhibit B        UCC Lien Search

        Exhibit C        Declaration of Rafael Dominguez

9. Debtor requests authority to use the cash collateral for expenses set forth on Exhibit "A" and any other unforeseeable expenses that may arise and pose a threat to the Debtor's continued operations. Specifically, the Debtor requests authority to use the cash collateral to pay up to 110% of each expense in Exhibit A, so long as the total of cash collateral spent during the month does not exceed by more than 5% of that month's total in Exhibit A.

WHEREFORE, PREMISES CONSIDERED, the Debtor requests this matter be set for an emergency hearing and that upon hearing, the Court will enter an Interim Order authorizing the Debtor's use of the cash collateral in the amounts set forth in Exhibit "A" and for such other and further relief as the Debtor may show itself justly entitled.

Respectfully submitted,

THE LANE LAW FIRM, PLLC
*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

## CERTIFICATE OF CONFERENCE

I, Attorney Joshua Gordon certify that on December 23, 2022, my office sent electronic correspondence to the following parties who may have an interest in cash collateral:

U.S. Small Business Administration - chad.cowan@usdoj.gov

MCA Servicing - info@MCAservicingcompany.com

Samson Horus - info@samsonfunding.com

Byzfunder - uw@byzfunder.com

Simply Funding - info@simplyfunding.com

Vivian Capital - mose@viviancapitalgrp.com

Novus Capital - info@novuscapfunding.com

G and G Funding Group LLC - info@gandgfunding.com

/s/ Joshua Gordon
Joshua Gordon

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Emergency Motion for Authority to Use Cash Collateral was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, on December 23, 2022:

Debtor:
Autovocity Transport, LLC
2925 Richmond Ave, Ste 1200
Houston, TX 77098

US Trustee:
Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

/s/Robert C. Lane
Robert C. Lane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 22-33814<br>Southern District of Texas<br>Houston<br>Fri Dec 23 07:41:38 CST 2022 | AutoVocity Transport, LLC<br>2925 Richmond Ave. Suite 1200<br>Houston, TX 77098-3143 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| G&G Funding<br>57 West 57th Street 4th Floor<br>New York, NY 10019-2827 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Novus Capital Funding<br>7 Elmwood Drive Suite 301<br>New City, NY 10956-5144 |
| Rafael Dominguez, Jr<br>419 E. 24th<br>Houston, TX 77008-2348 | Regus Management Group LLC<br>15305 North Dallas Parkway 400<br>Addison, TX 75001-6922 | Samson MCA LLC<br>17 State Street 6th Floor<br>New York, NY 10004-1501 |
| Simply Funding LLC<br>45 Broadway Suite 2450<br>New York, NY 10006-3760 | Texas Workforce Commission<br>PO BOX 12548, MC-008<br>Austin, TX 78711-2548 | The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 |
| U.S. Small Business Administration<br>1545 Hawkins Blvd 202<br>El Paso, TX 79925-2654 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Vault Capital<br>506 2nd Ave Unit 2200<br>Seattle, WA 98104-2359 |
| Vivian Capital Group<br>486 Market St<br>Newark, NJ 07105-2916 | Robert Chamless Lane<br>The Lane Law Firm<br>6200 Savoy Drive<br>Ste 1150<br>Houston, TX 77036-3369 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AutoVocity Transport, LLC
2925 Richmond Ave. Suite 1200
Houston, TX 77098-3143

End of Label Matrix
Mailable recipients    16
Bypassed recipients     1
Total                  17