United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 23, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 22-33814 |
| AUTOVOCITY TRANSPORT, LLC, § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

## INTERIM BRIDGE ORDER FOR USE OF CASH COLLATERAL

The court, having reviewed the pleading finds that a need exists to order the relief herein on an interim basis and that it is in the best interest of the debtor, the debtor's estate, and debtor's creditors to authorize the use of cash collateral. Use of cash collateral is the only means available to the debtor to finance its operation and that irreparable harm will result if debtor is not permitted to use the cash collateral in the amounts set forth in the budget. It is accordingly,

**ORDERED:** that

1. Debtor is authorized to use the cash collateral through **January 3, 2023**, in accordance with the provisions in the budget (See Exhibit "A"), for any budgeted item that is due and payable before the next hearing

2. as adequate protection for the use of Cash Collateral, the parties listed on Exhibit "B" of the motion are hereby granted replacement liens (the "Replacement Liens") on all post-petition cash collateral and post-petition acquired property to the same extent and priority they possessed as of the Petition Date;

3. an electronic hearing will be held on **January 3, 2023 at 2:30 p.m.** to determine if this Order should be continued, modified, or terminated.

4. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

5. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

6. No later than December 23, 2022, Debtor must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED December 23, 2022

Eduardo V. Rodriguez
Chief Judge
United States Bankruptcy Court