# AUTOVOCITY TRANSPORT
# BALANCE SHEET
## 12/22/22

## *ASSETS*

**CURRENT ASSETS**

| | |
|---|---:|
| Cash: | $67,406.00 |
| Accounts Receivable: | $52,015.00 |
| Inventory: | $0.00 |
| Prepaid Expenses: | $0.00 |
| Notes Receivable: | $0.00 |
| Other Current Assets: | $0.00 |
| **TOTAL CURRENT ASSETS:** | **$119,421.00** |

**FIXED ASSETS**

| | |
|---|---:|
| Long-Term Investments: | $0.00 |
| Land: | $0.00 |
| Building: | $0.00 |
|   *Accumulated Building Depreciation:* | ( $0.00) |
| Machinery and Equipment: | $0.00 |
|   *Accumulated Machinery and Equipment Depreciation:* | ( $0.00) |
| Furniture and Fixtures: | $5,000.00 |
|   *Accumulated Furniture and Fixtures Depreciation:* | ( $0.00) |
| Other Fixed Assets: | $0.00 |
| **NET FIXED ASSETS:** | **$0.00** |

**OTHER ASSETS**

| | |
|---|---:|
| Goodwill: | $0.00 |

| | |
|---|---:|
| **TOTAL ASSETS:** | **$124,421.00** |

## *LIABILITIES & EQUITY*

**CURRENT LIABILITIES**

| | |
|---|---:|
| Accounts Payable (A/P): | $80,000.00 |
| Accrued Wages: | $3,000.00 |
| Accrued Payroll Taxes: | $800.00 |
| Accrued Employee Benefits: | $0.00 |
| Interest Payable: | $0.00 |
| Short-Term Notes: | $1,029,408.57 |
| Current Portion of Long-Term Debt: | $0.00 |
| **TOTAL CURRENT LIABILITIES:** | **$1,113,208.57** |

**LONG-TERM LIABILITY**

| | |
|---|---:|
| Mortgage: | $0.00 |
| Other Long-Term Liabilities: | $0.00 |
| **TOTAL LONG-TERM LIABILITIES:** | **$0.00** |

**OWNER'S EQUITY**

| | |
|---|---|
| Paid-In Capital: | $0.00 |
| Net Income: | $0.00 |
| **TOTAL EQUITY:** | **$0.00** |

**TOTAL LIABILITIES & EQUITY:** **$1,113,208.57**

