# Profit & Loss Statement

For AutoVocity Transport
Month Ending 11/22/2022

**Income:**
1. Your Business Income — 3,480,730.00
2. **TOTAL INCOME** — $ 3,480,730.00

**Business Expenses:**
3. Advertising/Marketing — $ 554,502.00
4. Credit/Debit Card Fees — $ 85,227.57
5. START UP COSTS — $ 0
6. Insurance Expense — $ 0
7. Licenses/Permits BOND — $ 3200.00
8. Office Supplies Expense — $ 0.00
9. Postage & Delivery — $ 1189.31
10. Rent - Office/Storage Space, Etc. — $ 21,766.44
11. Supplies/Materials Expense — $ 0.00
12. Travel/Entertainment — $ 0
13. Utilities Expense — $ 0.00
14. Vehicle Expense — $ 0

Other Business Expenses:
15. OPERATING COSTS — $ 15,496.64
16. 1099 CARRIER CONTRACTORS — $ 2,505,757.00
17. 1099 SALES CONTRACTORS — $ 179,847
18. **TOTAL OPERATING EXPENSES** — $

(Add lines 3 through 17 = line 18)

19. **PROFIT OR (LOSS) FROM BUSINESS** — $ 113,744.04

(Line 2 minus line 18 = line 19)

PREPARED BY: RAFAEL DOMINGUEZ

DATE PREPARED: 11/22/2022