**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-33814 |
| AUTOVOCITY TRANSPORT, LLC | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

## CASH FLOW STATEMENT

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income for 12 Months Prior to Filing: $3,554,325

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income: $225,000

PART C – ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 3. | Net Employee Payroll: | $42,000 |
| 4. | Payroll Taxes: | $4,200 |
| 5. | Unemployment Taxes: | included above |
| 6. | Worker's Compensation: | Included above |
| 7. | Other Taxes: | |
| 8. | Inventory Purchases (including raw materials) | |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray: | |
| 10. | Rent: | $766 |
| 11. | Utilities: | |
| 12. | Office Expenses and Supplies: | $5,835 |
| 13. | Repairs and Maintenance | |
| 14. | Vehicle Expenses: | |
| 15. | Travel and Entertainment: | |
| 16. | Equipment Rental and Leases: | |
| 17. | Legal/Accounting/Other Professional Fees: | $5,000 |
| 18. | Insurance: | |
| 19. | Employee Benefits (e.g. pension, medical, etc.): | |
| 20. | Payments to be Made Directly to Secured Creditors: | |
| 21. | Other (specify) | |
| 22. | Subchapter V Trustee | $1,000 |
| 23. | Advertising | $50,000 |
| 24. | Phone | $570 |
| 25. | Contract Services | $80,000 |
| 26. | **Total** | **$189,371** |

PART D – ESTIMATED AVERAGE NET MONTHLY EXPENSES:     $189,371

27. AVERAGE NET MONTHLY INCOME (Subtract item 26 from item 2):     $35,629