| Information to identify the case: | | |
|---|---|---|
| Debtor | AutoVocity Transport, LLC<br>Name | EIN: 82–4885586 |
| United States Bankruptcy Court | Southern District of Texas | Date case filed for chapter: 11   12/22/22 |
| Case number: | 22–33814 | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | AutoVocity Transport, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2925 Richmond Ave. Suite 1200<br>Houston, TX 77098 | |
| 4. | **Debtor's attorney**<br>Name and address | Robert Chamless Lane<br>The Lane Law Firm<br>6200 Savoy Drive<br>Ste 1150<br>Houston, TX 77036 | Contact phone 713–595–8200<br><br>Email: chip.lane@lanelaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jarrod B Martin<br>Chamberlain Hrdlicka<br>1200 Smith Street<br>Suite 1400<br>Houston, TX 77002 | Contact phone 713–356–1280<br><br>Email: jbm.trustee@chamberlainlaw.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208 | Hours open:<br>8:00 am – 5:00 pm Monday through Friday<br><br>Contact phone (713) 250–5500<br><br>Date: 12/28/22 |

**For more information, see page 2 >**

Debtor **AutoVocity Transport, LLC**  Case number **22–33814**

| | | |
|---|---|---|
| **7. Meeting of creditors**  The debtor's representative must attend the meeting to be questioned under oath.  Creditors may attend, but are not required to do so. | **January 24, 2023 at 09:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Telephone Conference, Call 866–707–5468, passcode 6166997** |
| **8. Proof of claim deadline** | **Deadline for filing proof of claim:**  **For all creditors (except a governmental unit):**   3/2/23  **For a governmental unit:**   6/26/23  A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.  Your claim will be allowed in the amount scheduled unless:  • your claim is designated as *disputed*, *contingent*, or *unliquidated*;  • you file a proof of claim in a different amount; or  • you receive another notice.  If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.  You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.  Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **9. Exception to discharge deadline**  The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.  **Deadline for filing the complaint:**   _____ | |
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 22-33814-evr |
| AutoVocity Transport, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: Dec 28, 2022 | Form ID: 309F2 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | AutoVocity Transport, LLC, 2925 Richmond Ave. Suite 1200, Houston, TX 77098-3143 |
| aty | + | Alicia Lenae Barcomb, DOJ-Ust, 515 Rusk Ave., Suite 3516, Houston, TX 77002-2604 |
| aty | + | Chad Wesley Cowan, US Attorney's Office, 1000 Louisiana, Ste 2300, Houston, TX 77002-5010 |
| tr | + | Jarrod B Martin, Chamberlain Hrdlicka, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |
| 12341018 | + | G&G Funding, 57 West 57th Street 4th Floor, New York, NY 10019-2827 |
| 12341020 | + | Novus Capital Funding, 7 Elmwood Drive Suite 301, New City, NY 10956-5144 |
| 12341021 | + | Rafael Dominguez, Jr, 419 E. 24th, Houston, TX 77008-2348 |
| 12341022 | + | Regus Management Group LLC, 15305 North Dallas Parkway 400, Addison, TX 75001-6922 |
| 12341023 | + | Samson MCA LLC, 17 State Street 6th Floor, New York, NY 10004-1501 |
| 12341026 | | The Lane Law Firm, 6200 Savoy Dr Ste 1150, Houston, TX 77036-3369 |
| 12341027 | + | U.S. Small Business Administration, 1545 Hawkins Blvd 202, El Paso, TX 79925-2654 |
| 12341028 | + | Vault Capital, 506 2nd Ave Unit 2200, Seattle, WA 98104-2359 |
| 12341029 | #+ | Vivian Capital Group, 486 Market St, Newark, NJ 07105-2916 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: chip.lane@lanelaw.com | Dec 28 2022 20:20:00 | Robert Chamless Lane, The Lane Law Firm, 6200 Savoy Drive, Ste 1150, Houston, TX 77036 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Dec 28 2022 20:21:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| 12341019 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 28 2022 20:20:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 12341024 | + | Email/Text: bm@simplyfunding.com | Dec 28 2022 20:21:00 | Simply Funding LLC, 45 Broadway Suite 2450, New York, NY 10006-3760 |
| 12341025 | + | Email/Text: bcd@oag.texas.gov | Dec 28 2022 20:20:00 | Texas Workforce Commission, PO BOX 12548, MC-008, Austin, TX 78711-2548 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | SBA |
| 12341017 | *+ | AutoVocity Transport, LLC, 2925 Richmond Ave. Suite 1200, Houston, TX 77098-3143 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0541-4 | User: ADIuser | Page 2 of 2
Date Rcvd: Dec 28, 2022 | Form ID: 309F2 | Total Noticed: 18

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2022 at the address(es) listed below:**

**Name** — **Email Address**

Alicia Lenae Barcomb
on behalf of U.S. Trustee US Trustee alicia.barcomb@usdoj.gov

Chad Wesley Cowan
on behalf of Creditor SBA chad.cowan@usdoj.gov
Nicole.Robbins@usdoj.gov;Sydnie.Kempen@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov;caseview.ecf@usdoj.gov

Jarrod B Martin
jbm.trustee@chamberlainlaw.com
cjbm11@trustesolutions.net;lara.coleman@chamberlainlaw.com;jarrod.martin@chamberlainlaw.com

Robert Chamless Lane
on behalf of Debtor AutoVocity Transport  LLC chip.lane@lanelaw.com,
thelanelawfirm@jubileebk.net;notifications@lanelaw.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 5