IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-33814 |
| AUTOVOCITY TRANSPORT, LLC | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

**DEBTOR'S SUBCHAPTER V STATUS REPORT**
[11 U.S.C. § 1188(c)]

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, AutoVocity Transport, LLC, Debtor and Debtor-in-Possession in the above-styled and numbered Chapter 11 case (the "Debtor" or "AutoVocity") and, in accordance with the provisions of 11 U.S.C. §1188(c), files this Subchapter V Status Report (the "Report") and would respectfully show the Court as follows:

### I. BACKGROUND

1. AutoVocity manages and operates an automobile transportation company. As such, AutoVocity is primarily a service business. Its assets primarily consist of cash in its bank account, computers and phones used in the business, and account receivables.

2. Debtor filed this bankruptcy case due to unsustainable high loan payments from various merchant cash advance companies. The Debtor intends to reorganize its debts and propose a repayment plan over 60 months that is anticipated to repay all or a significant portion of its debts.

3. On December 22, 2022 ("Petition Date"), this case commenced by the filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("Bankruptcy Code").

4. On December 28, 2022, Jarrod Martin was appointed Chapter 11 Subchapter V Trustee (Docket No. 10).

5. The Debtor's schedules and statements have all been timely filed.

6. The 341 Meeting of Creditors is scheduled for January 24, 2022.

7. This Status Report is timely filed on January 11, 2023.

8. Sections 1181-1195 of Title 11 of the United States Code (Small Business Reorganization Act, "SBRA") are intended to

"streamline the process by which small business debtors reorganize and rehabilitate their financial affairs." Report of Committee on the Judiciary, House of Representatives, Report 116- 171, 116th Cong., 1st Sess., on Small Business Reorganization Act of 2019, page 1. As such, there are certain deadlines that must be achieved, which deadlines may be extended only if "the need for an extension is attributable to circumstances for which the debtor should not justly be held accountable." *See e.g.* 11 U.S.C. §§ 1188(b) (court status conference within 60 days of the petition date), 1188(c) (debtor shall file and serve a report on efforts undertaken to obtain a consensual plan 14 days prior to the § 1188(b) status conference), and 1189(b) (debtor shall file a plan within 90 days of the petition date).

9. The Court, in accord with the foregoing, selected an appropriate date for the required status conference and notice of the date and time of this status conference was provided by the Court per the Order entered on December 30, 2022 (Docket No. 16). The status conference is scheduled for January 31, 2023, at 1:30 PM.

10. AutoVocity does not anticipate any concerns with timely filing its Plan of Reorganization.

## II. OFFER TO ACHIEVE CONSENSUAL PLAN OF REORGANIZATION

11. One of the objectives of SBRA is to facilitate a consensual plan of reorganization by and between the Debtor and its creditors. This Report is filed and served upon all interested parties to achieve that goal.

## III. PLAN PROPOSAL

12. The following is the Debtor's report of what it believes its plan proposal for its creditors will look like and is subject to Federal Rule of Evidence 408.

13. The disputed unsecured claims of certain creditors as listed below in the Class 2 table will remain unclear until the proof of claim bar date passes. The Debtor does not know the exact amounts owed to certain disputed creditors and will not until the bar date or they file claims. Debtor anticipates that some claims may require objections and possible adversary proceedings to resolve the disputed claims.

## IV.  SUMMARY OF PROPOSED PLAN TREATMENT

**Unclassified Administrative Expense Claims:**

| Type | Estimated Amount | Treatment |
|---|---|---|
| Subchapter V Trustee | $5,000.00 | Through Court approved fee applications |

**Administrative Claims:**

| Description | Estimated Amount | Treatment |
|---|---|---|
| The Lane Law Firm | $40,000.00 (estimated total fees) | Through Court approved fee applications |

**All Other Claims:**

| CLASS | DESCRIPTION | IMPAIRED | METHOD OF PAYMENT | ESTIMATED ALLOWED CLAIM | ESTIMATED DISTRIBUTION |
|---|---|---|---|---|---|
| Class 2 Tax Claims | Internal Revenue Service and Texas Workforce Commission | No | Full amount of the claim on the Effective Date of the plan | $16,165 total for this class | Full amount of the claim(s). |
| Class 3 Secured Claims | U.S. Small Business Administration | Yes | Up to amount of collateral secured by the loan (approximately $125,000) to be paid as a secured claim at 5.25% interest per annum over 60 months. The remaining $372,503 to be paid as an unsecured claim. | $497,503.00 | $2,373.25 per month for 60 months. |
| Class 4 | General Unsecured Claims | Yes | Pro Rata distribution from unsecured creditor pool paid following payment of all allowed secured claims and all allowed administrative expense claims. | Unclear at this time, but claims may approach or exceed $500,000, including the unsecured portion of the U.S. SBA's claim. | 60 months as determined by the liquidation analysis and/or results of objections. |

## V. CONCLUSION

14. The Debtor is asking you to consider the foregoing proposal and provide feedback to facilitate the confirmation of a consensual plan. As referenced above, a status conference on this matter will be held on January 31, 2023, at 1:30 PM.

Respectfully submitted,

THE LANE LAW FIRM, PLLC
*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the Debtor's 1188 Status Report was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, on January 11, 2023:

<u>Debtor:</u>
Autovocity Transport, LLC
2925 Richmond Ave, Ste 1200
Houston, TX 77098

<u>US Trustee:</u>
Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

<u>Notice will be electronically mailed to:</u>

Jeannie Lee Andresen on behalf of Creditor Harris County
houston_bankruptcy@lgbs.com, chymel@dorelaw.com

Alicia Lenae Barcomb on behalf of U.S. Trustee US Trustee
alicia.barcomb@usdoj.gov

Chad Wesley Cowan on behalf of Creditor SBA
chad.cowan@usdoj.gov,  Nicole.Robbins@usdoj.gov;Sydnie.Kempen@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov;caseview.ecf@usdoj.gov

Jarrod B Martin
jbm.trustee@chamberlainlaw.com,
cjbm11@trustesolutions.net;lara.coleman@chamberlainlaw.com;jarrod.martin@chamberlainlaw.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

                                                <u>*/s/ Robert "Chip" Lane*</u>
                                                Robert "Chip" Lane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 22-33814<br>Southern District of Texas<br>Houston<br>Wed Jan 11 14:42:50 CST 2023 | AutoVocity Transport, LLC<br>2925 Richmond Ave. Suite 1200<br>Houston, TX 77098-3143 | Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>C/O Jeannie Lee Andresen<br>P.O. Box 3064<br>Houston, Tx 77253-3064 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | G&G Funding<br>57 West 57th Street 4th Floor<br>New York, NY 10019-2827 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Novus Capital Funding<br>7 Elmwood Drive Suite 301<br>New City, NY 10956-5144 | Rafael Dominguez, Jr<br>419 E. 24th<br>Houston, TX 77008-2348 | Regus Management Group LLC<br>15305 North Dallas Parkway 400<br>Addison, TX 75001-6922 |
| Samson MCA LLC<br>17 State Street 6th Floor<br>New York, NY 10004-1501 | Simply Funding LLC<br>45 Broadway Suite 2450<br>New York, NY 10006-3760 | Texas Workforce Commission<br>PO BOX 12548, MC-008<br>Austin, TX 78711-2548 |
| The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 | U.S. Small Business Administration<br>1545 Hawkins Blvd 202<br>El Paso, TX 79925-2654 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Vault Capital<br>506 2nd Ave Unit 2200<br>Seattle, WA 98104-2359 | Vivian Capital Group<br>486 Market St<br>Newark, NJ 07105-2916 | Jarrod B Martin<br>Chamberlain Hrdlicka<br>1200 Smith Street<br>Suite 1400<br>Houston, TX 77002-4496 |
| Robert Chamless Lane<br>The Lane Law Firm<br>6200 Savoy Drive<br>Ste 1150<br>Houston, TX 77036-3369 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)SBA | (d)AutoVocity Transport, LLC<br>2925 Richmond Ave. Suite 1200<br>Houston, TX 77098-3143 | End of Label Matrix<br>Mailable recipients   18<br>Bypassed recipients    2<br>Total                  20 |