**Fill in this information to identify the case:**

Debtor Name __AutoVocity Transport, LLC__

United States Bankruptcy Court for the: __Southern District of Texas__

Case number: __22-33814__

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __December 2022__

Line of business: __Auto Shipping Service__

Date report filed: __01/20/2023__
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Rafael Dominguez__

Original signature of responsible party _____

Printed name of responsible party __Rafael Dominguez__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  AutoVocity Transport, LLC

Case number  22-33814

17. Have you paid any bills you owed before you filed bankruptcy?  ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 67,406.00

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here.

$ 40,840.22

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here.

– $ 31,992.00

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.*

+ $ 8,848.22

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 76,254.22

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ 0.00

*(Exhibit E)*

Debtor Name  AutoVocity Transport, LLC                    Case number  22-33814

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                    $      59,630.00

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          4

27. What is the number of employees as of the date of this monthly report?             4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?               $        0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $        0.00

30. How much have you paid this month in other professional fees?                                          $        0.00

31. How much have you paid in total other professional fees since filing the case?                         $        0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0.00 | − | $ 40,840.22 | = | $ 40,840.22 |
| 33. **Cash disbursements** | $ 0.00 | − | $ 31,992.00 | = | $ 31,992.00 |
| 34. **Net cash flow** | $ 0.00 | − | $ 8,848.22 | = | $ 8,848.22 |

35. Total projected cash receipts for the next month:                      $ 225,000.00

36. Total projected cash disbursements for the next month:               - $ 197,738.60

37. Total projected net cash flow for the next month:                    = $ 27,261.40

Debtor Name  AutoVocity Transport, LLC

Case number  22-33814

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.



**TDECU**
YOUR CREDIT UNION
1001 FM 2004
Lake Brazos, TX 77566-4012

| STATEMENT OF ACCOUNT | |
|---|---|
| STATEMENT DATE: | 01DEC2022 - 31DEC2022 |
| MEMBER NUMBER: | ███7456 |
| PAGE: | 1 of 8 |
| MEMBER NAME: | AUTO VOCITY TRANSPORT LLC |

**RETURN SERVICE REQUESTED**

AUTO VOCITY TRANSPORT LLC
2925 RICHMOND AVE
STE 1200
HOUSTON TX 77098 - 3143

## STATEMENT SUMMARY

| Account Number | Type | Balance |
|---|---|---|
| ███6434 | Commercial Main Share | |
| ███6442 | Basic Commercial Share Draft | |
| **Share Account Total:** | | ████████ |

### COMMERCIAL MAIN SHARE :    ███6434

| Starting Balance | Deposits | Credit Interest Paid | Withdrawals | Service Charges | Ending Balance |
|---|---|---|---|---|---|
| | | | | | 5.00 |

**Transaction History for ███6434**

There is no activity for this account

| | |
|---|---|
| Interest Earned 12-01-2022 to 12-31-2022: | $0.00 |
| Average Daily Balance: | $5.00 |
| Annual Percentage Yield Earned (APYE): | 0.000% |
| Annual Percentage Yield (APY): | 0.100% |
| Interest Paid Year-to-Date: | $0.00 |

### BASIC COMMERCIAL SHARE DRAFT :    ███6442

| Starting Balance | Deposits | Credit Interest Paid | Withdrawals | Service Charges | Ending Balance |
|---|---|---|---|---|---|
| | | | | | 17,755.66 |

**Transaction History for ███6442**

| Date | Description | | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| | | | | | |

Direct Inquiries To:
(800) 839-1154 ● tdecu.org ● mail@tdecu.org
Maxine Telephone Banking (800) 839-0420



**STATEMENT DATE:** 01DEC2022 - 31DEC2022
**MEMBER NUMBER:** ▉7456
**PAGE:** 2 of 8
**MEMBER NAME:** AUTO VOCITY TRANSPORT LLC

**BASIC COMMERCIAL SHARE DRAFT :** ▉442 - Continued

**Transaction History for** ▉6442 - Continued

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|-------------|----------|---------|



**STATEMENT DATE:** 01DEC2022 - 31DEC2022
**MEMBER NUMBER:** ▮456
**PAGE:** 3 of 8
**MEMBER NAME:** AUTO VOCITY TRANSPORT LLC

**BASIC COMMERCIAL SHARE DRAFT**      6442 - Continued

**Transaction History for** ▮442 - Continued

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|-------------|----------|---------|



**TDECU**
YOUR CREDIT UNION

STATEMENT DATE: 01DEC2022 - 31DEC2022
MEMBER NUMBER: ███7456
PAGE: 4 of 8
MEMBER NAME: AUTO VOCITY TRANSPORT LLC

**BASIC COMMERCIAL SHARE DRAFT :    6442 - Continued**

**Transaction History for ███ 6442 - Continued**

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 12-22-2022 | Check 95 | -100.00 | | 12,846.02 |
| 12-22-2022 | Check 82 | -200.00 | | 12,646.02 |
| 12-22-2022 | Check 98 | -350.00 | | 12,296.02 |
| 12-22-2022 | Check 116 | -700.00 | | 11,596.02 |
| 12-22-2022 | Check 135 | -750.00 | | 10,846.02 |
| 12-22-2022 | Check 103 | -900.00 | | 9,946.02 |
| 12-22-2022 | Check 112 | -970.00 | | 8,976.02 |



YOUR CREDIT UNION

| | |
|---|---|
| STATEMENT DATE: | 01DEC2022 - 31DEC2022 |
| MEMBER NUMBER: | ▊7456 |
| PAGE: | 5 of 8 |
| MEMBER NAME: | AUTO VOCITY TRANSPORT LLC |

## BASIC COMMERCIAL SHARE DRAFT : ▊442 - Continued

### Transaction History for ▊442 - Continued

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 12-22-2022 | Check 74 | -1,100.00 | | 7,876.02 |
| 12-22-2022 | Check 127 | -1,350.00 | | 6,526.02 |
| 12-22-2022 | Check 81 | -2,400.00 | | 4,126.02 |
| 12-22-2022 | Stop Payment Fee | -28.00 | | 4,098.02 |
| 12-22-2022 | Stop Payment Fee | -28.00 | | 4,070.02 |
| 12-22-2022 | Check 102 | -950.00 | | 3,120.02 |
| 12-22-2022 | Deposit | | 10,000.00 | 13,120.02 |
| 12-23-2022 | Check 110 | -150.00 | | 12,970.02 |
| 12-23-2022 | Check 140 | -267.00 | | 12,703.02 |
| 12-23-2022 | Check 137 | -300.00 | | 12,403.02 |
| 12-23-2022 | Check 94 | -450.00 | | 11,953.02 |
| 12-23-2022 | Check 119 | -500.00 | | 11,453.02 |
| 12-23-2022 | Check 96 | -550.00 | | 10,903.02 |
| 12-23-2022 | Check 151 | -750.00 | | 10,153.02 |
| 12-23-2022 | Check 115 | -800.00 | | 9,353.02 |
| 12-23-2022 | Check 104 | -1,000.00 | | 8,353.02 |
| 12-23-2022 | Deposit | | 7,000.00 | 15,353.02 |
| 12-23-2022 | Check 141 | -700.00 | | 14,653.02 |
| 12-27-2022 | Stop Payment Fee | -28.00 | | 14,625.02 |
| 12-27-2022 | Check 156 | -500.00 | | 14,125.02 |
| 12-27-2022 | Check 152 | -600.00 | | 13,525.02 |
| 12-27-2022 | Check 150 | -725.00 | | 12,800.02 |
| 12-27-2022 | Check 105 | -1,200.00 | | 11,600.02 |
| 12-27-2022 | Check 155 | -1,200.00 | | 10,400.02 |
| 12-27-2022 | Check 78 | -2,150.00 | | 8,250.02 |
| 12-27-2022 | Deposit | | 6,800.00 | 15,050.02 |
| 12-27-2022 | Check 153 | -700.00 | | 14,350.02 |
| 12-27-2022 | Check 79 | -700.00 | | 13,650.02 |
| 12-28-2022 | Check 166 | -25.00 | | 13,625.02 |
| 12-28-2022 | Check 111 | -100.00 | | 13,525.02 |
| 12-28-2022 | Check 101 | -800.00 | | 12,725.02 |
| 12-28-2022 | Check 163 | -1,000.00 | | 11,725.02 |
| 12-28-2022 | Check 122 | -1,000.00 | | 10,725.02 |
| 12-28-2022 | Check 53 | -1,250.00 | | 9,475.02 |
| 12-28-2022 | Check 121 | -1,300.00 | | 8,175.02 |
| 12-28-2022 | Deposit | | 6,500.00 | 14,675.02 |
| 12-29-2022 | ATM Withdrawal  TDECU HEIGHTS BR 428 W 19TH ST HOUSTON      TXUS | -1,000.00 | | 13,675.02 |
| 12-29-2022 | Check 62 | -350.00 | | 13,325.02 |
| 12-29-2022 | Deposit | | 6,500.00 | 19,825.02 |
| 12-29-2022 | Stop Payment Fee | -28.00 | | 19,797.02 |
| 12-30-2022 | Withdrawal Funds Transfer via Mobile | -1,000.00 | | 18,797.02 |
| 12-30-2022 | Check 84 | -550.00 | | 18,247.02 |
| 12-31-2022 | Point Of Sale Withdrawal  Live Chat      617-275-2400 MAUS | -483.00 | | 17,764.02 |
| 12-31-2022 | Credit Interest | | 1.64 | 17,765.66 |
| 12-31-2022 | Maintenance Service Charge | -10.00 | | 17,755.66 |

### Drafts for ▊442

| Date | Draft Number | Amount | Date | Draft Number | Amount |
|---|---|---|---|---|---|



**STATEMENT DATE:** 01DEC2022 - 31DEC2022
**MEMBER NUMBER:** ■7456
**PAGE:** 6 of 8
**MEMBER NAME:** AUTO VOCITY TRANSPORT LLC

**BASIC COMMERCIAL SHARE DRAFT :** ░442 - Continued



Drafts for ▓6442 - Continued

| Date | Draft Number | Amount | Date | Draft Number | Amount |
|------|--------------|--------|------|--------------|--------|
| | | | 12-29-2022 | 62 | 350.00 |
| | | | 12-22-2022 | 74 | 1,100.00 |
| | | | 12-27-2022 | 78 | 2,150.00 |
| | | | 12-27-2022 | 79 | 700.00 |
| | | | 12-22-2022 | 81 | 2,400.00 |
| | | | 12-22-2022 | 82 | 200.00 |
| | | | 12-30-2022 | 84 | 550.00 |
| | | | | * | |
| | | | 12-23-2022 | 94 | 450.00 |
| | | | 12-22-2022 | 95 | 100.00 |
| | | | 12-23-2022 | 96 | 550.00 |
| | | | 12-22-2022 | 98 | 350.00 |
| | | | 12-28-2022 | 101 * | 800.00 |
| | | | 12-22-2022 | 102 * | 950.00 |
| | | | 12-22-2022 | 103 * | 900.00 |
| | | 500.00 | 12-23-2022 | 104 * | 1,000.00 |



**BASIC COMMERCIAL SHARE DRAFT :** ███5442 - Continued



Drafts for ████6442 - Continued

| Date | Draft Number | Amount | Date | Draft Number | Amount |
|------|------|------|------|------|------|
| 12-27-2022 | 105 * | 1,200.00 | | | |
| | | | 12-23-2022 | 119 | 500.00 |
| | | | 12-28-2022 | 121 | 1,300.00 |
| | | | 12-28-2022 | 122 | 1,000.00 |
| | | | 12-22-2022 | 127 | 1,350.00 |
| | | | 12-22-2022 | 135 * | 750.00 |
| 12-23-2022 | 110 * | 150.00 | 12-23-2022 | 137 * | 300.00 |
| | | | 12-23-2022 | 140 * | 267.00 |
| 12-28-2022 | 111 * | 100.00 | 12-23-2022 | 141 | 700.00 |
| | | | 12-27-2022 | 150 * | 725.00 |
| 12-22-2022 | 112 * | 970.00 | 12-23-2022 | 151 | 750.00 |
| | | | 12-27-2022 | 152 | 600.00 |
| | | | 12-27-2022 | 153 | 700.00 |
| | | | 12-27-2022 | 155 * | 1,200.00 |
| | | | 12-27-2022 | 156 | 500.00 |
| 12-23-2022 | 115 * | 800.00 | 12-28-2022 | 163 * | 1,000.00 |
| | | | 12-28-2022 | 166 * | 25.00 |
| 12-22-2022 | 116 * | 700.00 | | | |

(*) Next to number indicates skip in sequence
(e) Denotes an Electronic Draft

| | |
|------|------|
| Interest Earned 12-01-2022 to 12-31-2022: | $1.64 |
| Average Daily Balance: | $16,047.43 |
| Annual Percentage Yield Earned (APYE): | 0.120% |
| Annual Percentage Yield (APY): | 0.120% |
| Interest Paid Year-to-Date: | $1.64 |


**YOUR CREDIT UNION**

| | |
|---|---|
| **STATEMENT DATE:** | 01DEC2022 - 31DEC2022 |
| **MEMBER NUMBER:** | ▮7456 |
| **PAGE:** | 8 of 8 |
| **MEMBER NAME:** | AUTO VOCITY TRANSPORT LLC |

---

### *Error Resolution Notice*

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 800-839-1154 or Write us at TDECU Member Care, 1001 FM 2004, Lake Jackson, TX 77566 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### *Billing Rights Summary*

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at: Texas Dow Employees Credit Union, 1001 FM 2004, Lake Jackson, TX 77566-4012. You may also contact us on the web at www.tdecu.org/contact-form/

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

---

**TDECU**
YOUR CREDIT UNION
Texas Dow Employees Credit Union

Insured by NCUA. 

**Signature:** *Rafael Dominguez*

Rafael Dominguez (Jan 10, 2023 13:09 CST)

**Email:** info@autovocitytransport.com



BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

✉️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

AUTOVOCITY TRANSPORT LLC
419 E 24TH ST
HOUSTON, TX  77008-2348

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Fundamentals™ Banking Preferred Rewards for Bus Platinum Honors

for December 1, 2022 to December 31, 2022                 Account number: ██████ 9005

**AUTOVOCITY TRANSPORT LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on December 1, 2022 | ███ | # of deposits/credits: 28 |
| Deposits and other credits | ███ | # of withdrawals/debits: 108 |
| Withdrawals and other debits | ███ | # of items-previous cycle¹: 166 |
| Checks | ███ | # of days in cycle: 31 |
| Service fees | -30.00 | Average ledger balance: $1,972.13 |
| **Ending balance on December 31, 2022** | **$0.49** | ¹Includes checks paid, deposited items and other debits |

## Go paperless. It's more secure.

BUSINESS ADVANTAGE

Reduce the risk of lost or stolen mail. Plus, you can view your statements securely and easily — online or from our mobile app — 24/7 from almost anywhere.

Simply use our **Mobile Banking app** or sign in to Business Advantage 360 and click on **Profiles & Settings** (in the upper right, next to Sign Out).

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2806.B | 4019267

AUTOVOCITY TRANSPORT LLC   |   Account # ████████ 9005   |   December 1, 2022 to December 31, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

– Tell us your name and account number.
– Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
– Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

Bank of America, N.A. Member FDIC and    Equal Housing Lender



# Your checking account

AUTOVOCITY TRANSPORT LLC   |   Account #          9005   |   December 1, 2022 to December 31, 2022

As of 12/08/2022, your account has earned $3,179.12 in Cash Rewards on your Merchant Services processing with Bank of America this year and $3,179.12 since enrolling in Bank of America Preferred Rewards for Business.

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|



*continued on the next page*

---

SMALL BUSINESS RESOURCES

## Get valuable information on a wide range of business topics
Learn about the latest industry trends, consumer behavior, taxes, retirement and much more.



Scan this code or visit **bankofamerica.com/SBR** today.

When you use the QRC feature certain information is collected from your mobile device for business purposes.   SSM-09-22-0050.B | 4925153

AUTOVOCITY TRANSPORT LLC   |   Account # ▮▮▮▮▮ 9005   |   December 1, 2022 to December 31, 2022

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|

| 12/22/22 | BKOFAMERICA ATM 12/22 #000007325 DEPOSIT HEIGHTS        HOUSTON     TX | 600.00 |
| 12/27/22 | Online Banking Transfer Conf# erpcvruv9; DOMINGUEZ, RAFAEL | 1,000.00 |
| 12/28/22 | Online Banking Transfer Conf# g4zk0p3oc; DOMINGUEZ, RAFAEL | 2,700.00 |
| 12/28/22 | Zelle Transfer Conf# T0QX3KVB9; SA POWER LLC | 100.00 |
| **Total deposits and other credits** | | **$66,373.09** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|


*continued on the next page*



**Your checking account**

AUTOVOCITY TRANSPORT LLC   |   Account # ███████ 9005   |   December 1, 2022 to December 31, 2022

## Withdrawals and other debits - continued



| Date | Description | Amount |
|------|-------------|--------|
| 12/22/22 | Zelle Transfer Conf# c2qhr478z; Mark Gusman | -200.00 |
| 12/22/22 | Zelle Transfer Conf# hbmoz85nh; Mark Gusman | -55.00 |
| 12/23/22 | BANK OF AMERICA  DES:DEPOSIT    ID:737020355886  INDN:AUTOVOCITY TRANSPORT    CO ID:XXXXXXXXXB CCD | -1,045.00 |
| 12/27/22 | UNITEDHEALTHONE  DES:INS. PREM. ID:XXXXXXXXX  INDN:AUTOVOCITY TRANSPORT    CO ID:9005900018 PPD | -863.07 |
| 12/28/22 | Zelle Transfer Conf# fvghycbd1; DADDY | -225.00 |

*continued on the next page*

AUTOVOCITY TRANSPORT LLC   |   Account # ██████ 9005   |   December 1, 2022 to December 31, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 12/28/22 | SBA LOAN      DES:PAYMENT    ID:0000  INDN:RAFAEL DOMINGUEZ      CO ID:7300000104<br>CCD | -2,497.00 |
| 12/28/22 | AUTOVOCITY TRANS DES:QBC  PMTS   ID:  INDN:AUTOVOCITY TRANSPORT    CO ID:9463467445<br>CCD | -95.21 |
| 12/29/22 | Online Banking Transfer Conf# e9n7wyyud; Dominguez | -8.00 |

Card account # XXXX XXXX XXXX 4786

**Subtotal for card account # XXXX XXXX XXXX 4786**

Card account # XXXX XXXX XXXX 6755

*continued on the next page*

 **BANK OF AMERICA**

## Your checking account

AUTOVOCITY TRANSPORT LLC   |   Account #███████ 9005   |   December 1, 2022 to December 31, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████ ████████████████ | ████ |
| ████ | ████████████████ ████████ | ████ |
| 12/22/22 | CHECKCARD  1221 TOWING.COM 877-444-6339 OH 24492152355743436561211 RECURRING CKCD 7549 XXXXXXXXXXXX6755 XXXX XXXX XXXX 6755 | -250.00 |
| 12/27/22 | CHECKCARD  1223 SPANISH FLOWERS RESTAUR HOUSTON      TX 24013392357002776792047 CKCD 5812 XXXXXXXXXXXX6755 XXXX XXXX XXXX 6755 | -21.38 |
| 12/27/22 | CHECKCARD  1223 TRANSPORT REVIEWS 877-499-9432 OH 24492152357715717763243 RECURRING CKCD 7311 XXXXXXXXXXXX6755 XXXX XXXX XXXX 6755 | -180.00 |
| 12/27/22 | CHECKCARD  1223 KROGER #355 HOUSTON      TX 24445712357300531464267 CKCD 5411 XXXXXXXXXXXX6755 XXXX XXXX XXXX 6755 | -8.79 |
| 12/27/22 | CHECKCARD  1225 TST* KOLACHE SHOPPE - T HOUSTON      TX 24137462359100433722330 CKCD 5811 XXXXXXXXXXXX6755 XXXX XXXX XXXX 6755 | -18.25 |
| 12/27/22 | CHECKCARD  1224 SHELL OIL 57529943805 CENTERVILLE  TX 24316052359548886475057 CKCD 5541 XXXXXXXXXXXX6755 XXXX XXXX XXXX 6755 | -4.96 |
| 12/27/22 | CHECKCARD  1225 DNH*GODADDY.COM 480-505-8855 AZ 24692162359108105359987 RECURRING CKCD 4816 XXXXXXXXXXXX6755 XXXX XXXX XXXX 6755 | -30.16 |
| 12/27/22 | CHECKCARD  1226 VBS*VONAGE BUSINESS 866-901-0242 GA 24692162360108626892067 RECURRING CKCD 4814 XXXXXXXXXXXX6755 XXXX XXXX XXXX 6755 | -132.26 |
| **Subtotal for card account # XXXX XXXX XXXX 6755** | | **-$3,301.84** |
| **Total withdrawals and other debits** | | **-$113,550.01** |

## Checks

| Date | Check # | Amount |    | Date | Check # | Amount |
|------|---------|--------|----|------|---------|--------|
| ████ | ████ | ████ | | ████ | ████ | ████ |
| ████ | ████ | ████ | | ████ | ████ | ████ |
| ████ | ████ | ████ | | **Total checks** | | **-████** |
| | | | | **Total # of checks** | | **6** |

*  *There is a gap in sequential check numbers*

AUTOVOCITY TRANSPORT LLC   |   Account # ███████ 9005   |   December 1, 2022 to December 31, 2022

# Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $40.00 | $40.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees.  Here are a few ways to manage your account and stay on top of your balance:**

-   Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
-   Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 11/30/22. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓   $250+ in new net purchases on a linked Business debit card has been met

✓   $5,000+ combined average monthly balance in linked business accounts has been met

✓   Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| ████ | ██████████████████ | ███ |
| ████ | ██████████████████ | ███ |
| ████ | ██████████████████ | ███ |
| ████ | ██████████████████ | ███ |
| ████ | ██████████████████ | ███ |
| ████ | ██████████████████ | ███ |
| ████ | ██████████████████ | ███ |
| ████ | █████████████████ | ███ |
| ████ | █████████████ | ███ |
| ████ | ██████████████████ | ███ |
| ████ | ██████████████████ | ███ |
| ████ | ██████████████████ | ███ |
| ████ | ██████████████████ | ███ |
| ████ | ██████████████████ | ███ |
| ████ | ██████████████████ | ███ |
| ████ | ██████████████ | ███ |
| ████ | ██████████████ | ███ |
| ████ | ██████████████████ | ███ |

continued on the next page



**Your checking account**

AUTOVOCITY TRANSPORT LLC   |   Account #████████ 9005   |   December 1, 2022 to December 31, 2022

## Service fees - continued

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| ████ | ████████████████ | ████ |
| 12/22/22 | Prfd Rwds for Bus-Stop Pymt Fee Waiver of $30 | -0.00 |
| **Total service fees** | | **-$30.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | 12/22 | 1,329.57 |
| ████ | ████ | ████ | ████ | 12/23 | 284.57 |
| ████ | ████ | ████ | ████ | 12/27 | 25.70 |
| ████ | ████ | ████ | ████ | 12/28 | 8.49 |
| ████ | ████ | ████ | ████ | 12/29 | 0.49 |
| ████ | ████ | ████ | ████ | | |

AUTOVOCITY TRANSPORT LLC   |   Account #  ████████ 9005   |   December 1, 2022 to December 31, 2022

This page intentionally left blank



AUTOVOCITY TRANSPORT LLC   |   Account #          9005   |   December 1, 2022 to December 31, 2022

## Check images

**Account number:**          2 9005

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Good news - to help you avoid missing scheduled payments, we may continue processing those payments you have set up with a debit card after the card expires.**

Debit cards expiring on or after February 14, 2023 that are used for recurring, installment or subscription payments, may continue to have payments processed after the card expires. Even if you do not activate your new debit card or provide merchants with the new expiration date, your previously authorized payments may still be processed.

Do not worry, you can still cancel scheduled payments by contacting the merchants directly. If there are merchants you have provided your card number to, our Mobile Banking (Footnote 1) app and Erica®, your virtual financial assistant (Footnote 2) can provide you with a list if you ask "Where are my debit cards stored?".

(Footnote 1) Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

(Footnote 2) In your Bank of America Mobile App, Erica, is only available in the English language. The feature requires that you download the latest version of the Mobile Banking app and is only available in the Mobile Banking app for select iOS and Android devices. Message and data rates may apply.

AR INVOICE

# AutoVocity Transport

| undefined | Customer | Phone | Pending Invoices | Open Balance | Action |
|---|---|---|---|---|---|
| ☐ | AB Auto Trans | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | Annford Transport LLC<br>Annford Transport LLC | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | Ashley Keel<br>Ferrari Maserati & Alfa Romero of Central Florida | | 1 Open invoice | $1,245.00 | Receive payment |
| ☐ | Auto Transport Solutions LLC. | | 1 Open invoice | $50.00 | Receive payment |
| ☐ | Baykal Transportation Inc.<br>Baykal Transportation Inc. | | 1 Open invoice | $200.00 | Receive payment |
| ☐ | bentley racing<br>Bentley Racing Inc | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | Black Mustang Transport Inc.. | | 2 Open invoices | $300.00 | Receive payment |
| ☐ | Bluesky Overnight Express LLC.<br>Bluesky Overnight Express LLC. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | Borderline Motorsports LLC. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | Carolina Logistics | | 1 Open invoice | $95.00 | Receive payment |
| ☐ | Carry Transportation Inc. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | CDM Automobile Logistics & Services LLC. | | 1 Open invoice | $50.00 | Receive payment |
| ☐ | Chashmamir Inc. | | 1 Open invoice | $50.00 | Receive payment |
| ☐ | Compa Co.<br>Compa Co. | | 1 Open invoice | $150.00 | Receive payment |
| ☐ | Dan Trevino<br>Dan Trevino | | 1 Open invoice | $100.00 | Receive payment |

| undefined | Customer | Phone | Pending Invoices | Open Balance | Action |
|---|---|---|---|---|---|
| ☐ | DAYS TRANSPORTATION LLC. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | DI Trans, Inc.<br>DI Trans, Inc. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | DKC Transport LLC. | | 1 Open invoice | $145.00 | Receive payment |
| ☐ | Eagle Auto Transportation LLC | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | EE TRANSPORT INC<br>EE TRANSPORT INC | | 1 Open invoice | $50.00 | Receive payment |
| ☐ | Eg Transport Inc | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | EVS | | 1 Open invoice | $50.00 | Receive payment |
| ☐ | Express Haulers | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | Extreme Express LLC.<br>Extreme Express LLC. | | 1 Open invoice | $80.00 | Receive payment |
| ☐ | Farming & Industrial Equipment Transportation LLC | | 1 Open invoice | $200.00 | Receive payment |
| ☐ | Fast Deliver Express LLC. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | FELIPE OLIVIERA<br>FERRARI OF CENTRAL FLORIDA | | 1 Open invoice | $595.00 | Receive payment |
| ☐ | First Capital Haulers Inc. | | 1 Open invoice | $50.00 | Receive payment |
| ☐ | Flamingo Trucking.<br>Flamingo Trucking. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | G&P AUTOMOTIVE LLC | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | Global Logistic Auto Group LLC.<br>Global Logistic Auto Group LLC. | | 1 Open invoice | $150.00 | Receive payment |

| undefined | Customer | Phone | Pending Invoices | Open Balance | Action |
|---|---|---|---|---|---|
| ☐ | GN EXPRESS INC. | | 1 Open invoice | $50.00 | Receive payment |
| ☐ | GOALREACHING LLC. GOALREACHING LLC. | | 1 Open invoice | $285.00 | Receive payment |
| ☐ | Gob Auto LLC. | | 1 Open invoice | $50.00 | Receive payment |
| ☐ | Goodfellas Transportation. Goodfellas Transportation. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | GTA Auto LLC. GTA Auto LLC. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | High Power Hauling and Transport LLC. High Power Hauling and Transport LLC. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | HMS Transport LLC | | 1 Open invoice | $50.00 | Receive payment |
| ☐ | Imperial Auto Transport LLC Imperial Auto Transport LLC | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | Jato Logistics LLC Jato Logistics LLC | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | JR & JA Trucking LLC. | | 1 Open invoice | $150.00 | Receive payment |
| ☐ | Lasha Express LLC. Lasha Express LLC. | | 1 Open invoice | $125.00 | Receive payment |
| ☐ | Leader Auto Transport LLC. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | Level Up Transportation & Logistics LLC. Level Up Transportation & Logistics LLC. | | 1 Open invoice | $200.00 | Receive payment |
| ☐ | Lion King Express | | 2 Open invoices | $120.00 | Receive payment |
| ☐ | LSA Transport Inc. LSA Transport Inc. | | 1 Open invoice | $100.00 | Receive payment |

| undefined | Customer | Phone | Pending Invoices | Open Balance | Action |
|---|---|---|---|---|---|
| ☐ | Luxury Auto Xpress LLC. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | MaxiTrans LLC. MaxiTrans LLC. | | 1 Open invoice | $60.00 | Receive payment |
| ☐ | McCarthy Building Companies McCarthy Building Companies | (409) 201-5397 | 6 Open invoices | $3,270.00 | Receive payment |
| ☐ | MELINA TRANSPORTS CORP. | | 1 Open invoice | $25.00 | Receive payment |
| ☐ | Midatlantic Auto Transport LLC. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | MisterJ77 Transportation Inc. MisterJ77 Transportation Inc. | | 1 Open invoice | $50.00 | Receive payment |
| ☐ | Motion Auto Carriers LLC. Motion Auto Carriers LLC. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | O&D Express LLC. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | ORAMAS TRANSPORTING | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | Protech Automotive Solution Protech Automotive Solution | | 35 Open invoices | $37,375.00 | Receive payment |
| ☐ | R&G Transport | | 1 Open invoice | $90.00 | Receive payment |
| ☐ | Raptor Auto Transport Inc. Raptor Auto Transport Inc. | | 1 Open invoice | $120.00 | Receive payment |
| ☐ | Royal Trans Express LLC. Royal Trans Express LLC. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | Sanchez Transport LLC. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | SAP Transport Inc. | | 1 Open invoice | $150.00 | Receive payment |
| ☐ | Sebastian Nowak Jack Phelan Chrysler Dodge Jeep Ram of Countryside | | 3 Open invoices | $6,085.00 | Receive payment |

| undefined | Customer | Phone | Pending Invoices | Open Balance | Action |
|---|---|---|---|---|---|
| ☐ | Sintell's Towing<br>Sintell's Towing | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | Southern Wolf Logistics LLC. | | 1 Open invoice | $350.00 | Receive payment |
| ☐ | Step One LLC.<br>Step One LLC. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | Streamline Auto Transport Inc.<br>Streamline Auto Transport Inc. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | TIK Trans LLC. | | 1 Open invoice | $300.00 | Receive payment |
| ☐ | Trans Logistic Union Co. | | 1 Open invoice | $150.00 | Receive payment |
| ☐ | Turbo Transport LLC.<br>Turbo Transport LLC. | | 1 Open invoice | $100.00 | Receive payment |
| ☐ | Volvo Cars Brooklyn<br>Volvo Cars Brooklyn | | 1 Open invoice | $1,595.00 | Receive payment |
| ☐ | VSP21 INC. | | 1 Open invoice | $25.00 | Receive payment |
| ☐ | Yanniel Rodriguez<br>Maserati of Central Florida | | 1 Open invoice | $1,995.00 | Receive payment |
| ☐ | z trans | | 1 Open invoice | $200.00 | Receive payment |