## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION ||
|---|---|
| Main Case No: 22-33814 | Name of Debtor: AutoVocity Transport, LLC |
|  |  |
|  |  |
|  |  |
| Witness(es):<br>  1. Rafael Dominguez | Judge: Eduardo V. Rodriguez |
|  | Courtroom Deputy: Jeannie Chavez |
|  | Hearing Date: January 31, 2023 |
|  | Hearing Time: 1:30 PM |
|  | Party's Name: AutoVocity Transport, LLC |
|  | Attorney's Name: Robert "Chip" Lane and Joshua Gordon |
|  | Attorney's Phone: 713-595-8200 |
|  | Nature of Proceeding: Final Hearing on Motion for Authority to Use Cash Collateral |
|  |  |

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
|  | **Emergency Motion for Authority to Use Cash Collateral (Docket No. 2)** |  |  |  |  |
| 1 | 14-day and 30-day Budget |  |  |  |  |
| 2 | UCC List |  |  |  |  |
| 3 | U.S. SBA |  |  |  |  |
| 4 | MCA Servicing |  |  |  |  |
| 5 | Samson Horus |  |  |  |  |
| 6 | Byzfunder |  |  |  |  |
| 7 | Simply Funding |  |  |  |  |
| 8 | Vivian Capital |  |  |  |  |
| 9 | Vault 26 Capital |  |  |  |  |
| 10 | Novus Capital |  |  |  |  |
| 11 | G and G Funding |  |  |  |  |

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the Witness and Exhibit List and attached Exhibits was served to the parties listed below and to the parties on the attached mailing matrix either via electronic notice by the court's ECF noticing system, by e-mail, or by first-class mail pre-paid postage on January 25, 2023:

Debtor:
Autovocity Transport, LLC
2925 Richmond Ave, Ste 1200
Houston, TX 77098

US Trustee:
Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

Notice sent via e-mail:
skaminski@kaminskilawpllc.com

Notice will be electronically mailed to:

Jeannie Lee Andresen on behalf of Creditor Harris County
houston_bankruptcy@lgbs.com, chymel@dorelaw.com

Alicia Lenae Barcomb on behalf of U.S. Trustee US Trustee
alicia.barcomb@usdoj.gov

Chad Wesley Cowan on behalf of Creditor SBA
chad.cowan@usdoj.gov,Nicole.Robbins@usdoj.gov;  Sydnie.Kempen@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov;caseview.ecf@usdoj.gov

Jarrod B Martin
jbm.trustee@chamberlainlaw.com, cjbm11@trustesolutions.net;lara.coleman@chamberlainlaw.com;jarrod.martin@chamberlainlaw.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

                     */s/ Robert C. Lane*
                     Robert C. Lane

```
Label Matrix for local noticing          AutoVocity Transport, LLC               Harris County
0541-4                                    2925 Richmond Ave. Suite 1200           Linebarger Goggan Blair & Sampson LLP
Case 22-33814                             Houston, TX 77098-3143                  C/O Jeannie Lee Andresen
Southern District of Texas                                                        P.O. Box 3064
Houston                                                                           Houston, Tx 77253-3064
Wed Jan 25 16:13:55 CST 2023

4                                         G&G Funding                             Internal Revenue Service
United States Bankruptcy Court            57 West 57th Street 4th Floor           P.O. Box 7346
PO Box 61010                              New York, NY 10019-2827                 Philadelphia, PA 19101-7346
Houston, TX 77208-1010


Novus Capital Funding                     Rafael Dominguez, Jr                    Regus Management Group LLC
7 Elmwood Drive Suite 301                 419 E. 24th                             15305 North Dallas Parkway 400
New City, NY 10956-5144                   Houston, TX 77008-2348                  Addison, TX 75001-6922


Samson MCA LLC                            Simply Funding LLC                      Texas Workforce Commission
Berkovitch & Bouskila, PLLC               45 Broadway Suite 2450                  PO BOX 12548, MC-008
80 Broad St, Suite 3303                   New York, NY 10006-3760                 Austin, TX 78711-2548
New York, NY 10004-2845


The Lane Law Firm                         U.S. Small Business Administration      US Trustee
6200 Savoy Dr Ste 1150                    1545 Hawkins Blvd 202                   Office of the US Trustee
Houston, TX 77036-3369                    El Paso, TX 79925-2654                  515 Rusk Ave
                                                                                  Ste 3516
                                                                                  Houston, TX 77002-2604


Vault Capital                             Vivian Capital Group                    Jarrod B Martin
506 2nd Ave Unit 2200                     486 Market St                           Chamberlain Hrdlicka
Seattle, WA 98104-2359                    Newark, NJ 07105-2916                   1200 Smith Street
                                                                                  Suite 1400
                                                                                  Houston, TX 77002-4496


Robert Chamless Lane
The Lane Law Firm
6200 Savoy Drive
Ste 1150
Houston, TX 77036-3369
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)SBA                                    (d)AutoVocity Transport, LLC            End of Label Matrix
                                           2925 Richmond Ave. Suite 1200          Mailable recipients   18
                                           Houston, TX 77098-3143                 Bypassed recipients    2
                                                                                  Total                 20
```