United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 01, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 22-33814 |
| AUTOVOCITY TRANSPORT, LLC | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

## FINAL ORDER ON AUTHORITY TO USE CASH COLLATERAL

The Court, having reviewed the pleading finds that a need exists to order the relief herein and that it is in the best interest of the Debtor, the Debtor's estate, and Debtor's creditors to authorize the use of cash collateral. Use of cash collateral is the only means available to the Debtor to finance its operation and that irreparable harm will result if Debtor is not permitted to use the cash collateral in the amounts set forth in the budget. It is accordingly,

**ORDERED** that

1. the Debtor be authorized to use the cash collateral, in accordance with the provisions in the attached projected budget (the "Budget") in the reorganization process of the above-entitled bankruptcy proceeding and for the necessary expenses of preserving the bankruptcy estate. The Debtor is authorized a 10% deviation from the Budget (both by line item and with respect to aggregate receipts and aggregate distributions) without further order of this Court;

2. as adequate protection for the use of Cash Collateral, the parties listed on Exhibit "B" to Debtor's Motion for Authority to Use Cash Collateral hereby granted replacement liens (the "Replacement Liens") on all post-petition cash collateral and post-petition acquired property to the same extent and priority they possessed as of the Petition Date;

3. All parties' rights are reserved.

Signed: January 31, 2023

_____
Eduardo V. Rodriguez
Chief Judge
United States Bankruptcy Court