United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 01, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 22-33814 |
| AUTOVOCITY TRANSPORT, LLC, § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

## ORDER
## CHAPTER 11 STATUS CONFERENCE

The Court conducted an initial status conference on January 31, 2023. Debtor is a Subchapter V Small Business as set forth in 11 U.S.C. §1181 et seq. It is therefore

**ORDERED** that:

1. on or before February 14, 2023 Debtor must

   i. close all current bank accounts and open a Debtor-In-Possession bank account at a United States Trustee ("*U.S.T.*") approved DIP bank;
   ii. provide proof of insurance on all assets to the U.S.T. listing the UST as a party of notice;
   iii. file motions to employ all professionals needed in this case;
   iv. File a completed Form B426
   v. File reports as required pursuant to 11 U.S.C. §1116

2. Additionally, Debtor must

   i. file small Monthly Operating Reports;
   ii. attend the Initial Debtor Conference and First Meeting of Creditors;
   iii. file a Plan on or before March 22, 2023
   iv. remain current on all post-petition I.R.S. returns and estimated payments including compliance with Section 346, with the deposit requirements of the Internal Revenue Code and its Regulations and with all state tax law requirements;
   v. file all necessary first day motions with the Court including Use of Cash Collateral

SIGNED January 31, 2023

_____
Eduardo V. Rodriguez
Chief Judge
United States Bankruptcy Court