**Fill in this information to identify the case:**

Debtor Name: AutoVocity Transport, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 22-33814

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: Janaury 2023

Date report filed: 02/21/2023
MM / DD / YYYY

Line of business: Auto Shipping Service

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Respons ble party: Rafael Dominguez

Original signature of responsible party: /s/

Printed name of responsible party: Rafael Dominguez

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C   Monthly Operating Report for Small Business Under Chapter 11   page 1

Debtor Name  AutoVocity Transport, LLC                    Case number  22-33814

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 76,254.22

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.  $ 194,169.75

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.  -$ 168,126.11

22. **Net cash flow**  + $ 26,043.64

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.  = $ 102,297.86

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ 0.00

    (Exhibit E)

Debtor Name AutoVocity Transport, LLC                                    Case number 22-33814

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                    $ 58,405.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                    4
27. What is the number of employees as of the date of this monthly report?                     4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 0.00
30. How much have you paid this month in other professional fees?                                  $ 0.00
31. How much have you paid in total other professional fees since filing the case?                 $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 225,000.00 | − | $ 194,169.75 | = | $ 30,830.25 |
| 33. **Cash disbursements** | $ 197,738.60 | − | $ 168,126.11 | = | $ 29,612.49 |
| 34. **Net cash flow** | $ 27,261.40 | − | $ 26,043.64 | = | $ 1,217.76 |

35. Total projected cash receipts for the next month:                                           $ 150,000.00
36. Total projected cash disbursements for the next month:                                     − $ 90,000.00
37. Total projected net cash flow for the next month:                                          = $ 60,000.00

Official Form 425C            Monthly Operating Report for Small Business Under Chapter 11            page 3

Debtor Name AutoVocity Transport, LLC                     Case number 22-33814

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

## EXHIBIT A

5. Debtor faced delays in opening DIP account.

## EXHIBIT B

10. Debtor was unable to close prepetition account immediately upon filing due to delays in opening DIP account and accounts receivable already pending deposit in the prepetition account. Debtor has since closed the prepetition account as of 2/14/23.



**TDECU**
**YOUR CREDIT UNION**
1001 FM 2004
Lake Jackson, TX 77566 4012

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| STATEMENT DATE: | 01JAN2023 - 31JAN2023 |
| MEMBER NUMBER: | ▇7456 |
| PAGE: | 1 of 7 |
| MEMBER NAME: | AUTO VOCITY TRANSPORT LLC |

**RETURN SERVICE REQUESTED**

AUTO VOCITY TRANSPORT LLC
2925 RICHMOND AVE
STE 1200
HOUSTON TX 77098 - 3143

## STATEMENT SUMMARY

| Account Number | Type | Balance |
|---|---|---|
| ▇6434 | Commercial Main Share | 5.00 |
| ▇6442 | Basic Commercial Share Draft | 11,095.52 |
| **Share Account Total:** | | **11,100.52** |

### COMMERCIAL MAIN SHARE ▇643▇

| Starting Balance | Deposits | Credit Interest Paid | Withdrawals | Service Charges | Ending Balance |
|---|---|---|---|---|---|
| 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |

**Transaction History for ▇6434**

There is no activity for this account

| | |
|---|---|
| Interest Earned 01-01-2023 to 01-31-2023: | $0.00 |
| Average Daily Balance: | $5.00 |
| Annual Percentage Yield Earned (APYE): | 0.000% |
| Annual Percentage Yield (APY): | 0.100% |
| Interest Paid Year-to-Date: | $0.00 |

### BASIC COMMERCIAL SHARE ▇▇▇▇T : ▇6442

| Starting Balance | Deposits | Credit Interest Paid | Withdrawals | Service Charges | Ending Balance |
|---|---|---|---|---|---|
| 17,755.66 | 134,280.00 | 1.38 | 140,875.52 | 66.00 | 11,095.52 |

**Transaction History for ▇6442**

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| 01-01-2023 | Starting Balance | | | 17,755.66 |
| 01-03-2023 | Point Of Sale Withdrawal   SUPER FLO SYSTEMS AND T513-870-5590 OHUS | -359.60 | | 17,396.06 |
| 01-03-2023 | Deposit | | 50,000.00 | 67,396.06 |
| 01-03-2023 | Withdrawal Funds Transfer via Online | -3,000.00 | | 64,396.06 |
| 01-03-2023 | Check 129 | -250.00 | | 64,146.06 |

Direct Inquiries To:
(800) 839-1154 • tdecu.org • mail@tdecu.org
Maxine Telephone Banking (800) 839-0420



| | | STATEMENT DATE: | 01JAN2023 - 31JAN2023 |
|---|---|---|---|
| | | MEMBER NUMBER: | 7456 |
| | | PAGE: | 2 of 7 |
| | | MEMBER NAME: | AUTO VOCITY TRANSPORT LLC |

**BASIC COMMERCIAL SHARE** :  6442 - Continued

**Transaction History** 6442 - Continued

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---:|---:|---:|
| 01-03-2023 | Check 133 | -275.00 | | 63,871.06 |
| 01-03-2023 | Check 168 | -500.00 | | 63,371.06 |
| 01-03-2023 | Check 87 | -600.00 | | 62,771.06 |
| 01-03-2023 | Check 182 | -900.00 | | 61,871.06 |
| 01-03-2023 | Check 138 | -900.00 | | 60,971.06 |
| 01-03-2023 | Domestic Wire Withdrawal Outgoing Wire 119762 | -37,553.11 | | 23,417.95 |
| 01-03-2023 | Domestic Wire Wth Fee OUTGOING WIRE FEE 119762 | -15.00 | | 23,402.95 |
| 01-03-2023 | Check 162 | -700.00 | | 22,702.95 |
| 01-04-2023 | Point Of Sale Withdrawal   SUPER FLO SYSTEMS AND T513-870-5590 OHUS | -100.00 | | 22,602.95 |
| 01-04-2023 | Check 178 | -400.00 | | 22,202.95 |
| 01-04-2023 | Check 149 | -450.00 | | 21,752.95 |
| 01-04-2023 | Check 139 | -500.00 | | 21,252.95 |
| 01-04-2023 | Check 128 | -550.00 | | 20,702.95 |
| 01-04-2023 | Check 134 | -600.00 | | 20,102.95 |
| 01-04-2023 | Check 175 | -800.00 | | 19,302.95 |
| 01-04-2023 | Check 161 | -1,100.00 | | 18,202.95 |
| 01-04-2023 | Check 125 | -1,200.00 | | 17,002.95 |
| 01-04-2023 | Check 169 | -3,200.00 | | 13,802.95 |
| 01-04-2023 | Check 154 | -300.00 | | 13,502.95 |
| 01-04-2023 | Deposit | | 4,275.00 | 17,777.95 |
| 01-04-2023 | Check 164 | -700.00 | | 17,077.95 |
| 01-05-2023 | Point Of Sale Withdrawal   SUPER FLO SYSTEMS AND T513-870-5590 OHUS | -340.00 | | 16,737.95 |
| 01-05-2023 | ATM Withdrawal  TDECU HEIGHTS BR 428 W 19TH ST HOUSTON     TXUS | -100.00 | | 16,637.95 |
| 01-05-2023 | Check 131 | -250.00 | | 16,387.95 |
| 01-05-2023 | Check 160 | -500.00 | | 15,887.95 |
| 01-05-2023 | Check 167 | -600.00 | | 15,287.95 |
| 01-05-2023 | Check 200 | -650.00 | | 14,637.95 |
| 01-05-2023 | Check 177 | -900.00 | | 13,737.95 |
| 01-05-2023 | Check 180 | -900.00 | | 12,837.95 |
| 01-05-2023 | Check 176 | -1,100.00 | | 11,737.95 |
| 01-05-2023 | Check 158 | -1,400.00 | | 10,337.95 |
| 01-05-2023 | Stop Payment Fee | -28.00 | | 10,309.95 |
| 01-06-2023 | Check 174 | -275.00 | | 10,034.95 |
| 01-06-2023 | Check 145 | -450.00 | | 9,584.95 |
| 01-06-2023 | Check 159 | -650.00 | | 8,934.95 |
| 01-06-2023 | Check 148 | -700.00 | | 8,234.95 |
| 01-09-2023 | Withdrawal Funds Transfer via Online | -1,000.00 | | 7,234.95 |
| 01-09-2023 | Withdrawal Funds Transfer via Online | -500.00 | | 6,734.95 |
| 01-09-2023 | Check 146 | -175.00 | | 6,559.95 |
| 01-09-2023 | Check 132 | -350.00 | | 6,209.95 |
| 01-09-2023 | Check 130 | -1,100.00 | | 5,109.95 |
| 01-09-2023 | Check 188 | -1,100.00 | | 4,009.95 |
| 01-09-2023 | Check 179 | -2,200.00 | | 1,809.95 |
| 01-09-2023 | Stop Payment Fee | -28.00 | | 1,781.95 |
| 01-09-2023 | Deposit | | 9,800.00 | 11,581.95 |
| 01-09-2023 | Check 1178 | -400.00 | | 11,181.95 |
| 01-09-2023 | Check 173 | -400.00 | | 10,781.95 |
| 01-09-2023 | Check 201 | -400.00 | | 10,381.95 |



| | | | |
|---|---|---|---|
| STATEMENT DATE: | 01JAN2023 - 31JAN2023 | | |
| MEMBER NUMBER: | 7456 | | |
| PAGE: | 3 of 7 | | |
| MEMBER NAME: | AUTO VOCITY TRANSPORT LLC | | |

**BASIC COMMERCIAL SHARE** ▮▮▮ **T :** ▮▮▮**6442 - Continued**

**Transaction Hist**▮▮▮▮ ▮▮▮**6442 - Continued**

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---:|---:|---:|
| 01-09-2023 | Check 181 | -700.00 | | 9,681.95 |
| 01-10-2023 | Check 147 | -300.00 | | 9,381.95 |
| 01-10-2023 | Check 212 | -500.00 | | 8,881.95 |
| 01-10-2023 | Check 202 | -550.00 | | 8,331.95 |
| 01-10-2023 | Check 187 | -600.00 | | 7,731.95 |
| 01-10-2023 | Check 186 | -650.00 | | 7,081.95 |
| 01-10-2023 | Check 207 | -650.00 | | 6,431.95 |
| 01-10-2023 | Check 193 | -800.00 | | 5,631.95 |
| 01-10-2023 | Check 216 | -1,000.00 | | 4,631.95 |
| 01-10-2023 | Check 205 | -1,100.00 | | 3,531.95 |
| 01-10-2023 | Check 165 | -1,358.00 | | 2,173.95 |
| 01-10-2023 | Deposit | | 10,000.00 | 12,173.95 |
| 01-10-2023 | Withdrawal Funds Transfer via Mobile | -1,300.00 | | 10,873.95 |
| 01-11-2023 | Point Of Sale Withdrawal   TRUCKSTOP.COM   8002032540 IDUS | -105.53 | | 10,768.42 |
| 01-11-2023 | Check 190 | -100.00 | | 10,668.42 |
| 01-11-2023 | Check 172 | -100.00 | | 10,568.42 |
| 01-11-2023 | Check 194 | -500.00 | | 10,068.42 |
| 01-11-2023 | Check 192 | -500.00 | | 9,568.42 |
| 01-11-2023 | Check 195 | -800.00 | | 8,768.42 |
| 01-11-2023 | Check 206 | -900.00 | | 7,868.42 |
| 01-11-2023 | Check 184 | -1,000.00 | | 6,868.42 |
| 01-11-2023 | Check 203 | -1,000.00 | | 5,868.42 |
| 01-11-2023 | Check 76 | -1,100.00 | | 4,768.42 |
| 01-11-2023 | Check 196 | -2,150.00 | | 2,618.42 |
| 01-11-2023 | Deposit | | 4,240.00 | 6,858.42 |
| 01-11-2023 | Check 191 | -450.00 | | 6,408.42 |
| 01-11-2023 | Check 217 | -700.00 | | 5,708.42 |
| 01-12-2023 | Check 231 | -500.00 | | 5,208.42 |
| 01-12-2023 | Check 213 | -550.00 | | 4,658.42 |
| 01-12-2023 | Check 208 | -1,000.00 | | 3,658.42 |
| 01-12-2023 | Withdrawal Funds Transfer via Online | -200.00 | | 3,458.42 |
| 01-12-2023 | Domestic Wire Deposit Incoming Wire 62832125 | | 20,000.00 | 23,458.42 |
| 01-12-2023 | Withdrawal Funds Transfer via Online | -1,000.00 | | 22,458.42 |
| 01-13-2023 | Check 142 | -200.00 | | 22,258.42 |
| 01-13-2023 | Withdrawal Funds Transfer via Online | -500.00 | | 21,758.42 |
| 01-13-2023 | Check 199 | -400.00 | | 21,358.42 |
| 01-14-2023 | Point Of Sale Withdrawal   TWILIO SENDGRID WWW.TWILIO.COCAUS | -149.19 | | 21,209.23 |
| 01-15-2023 | Withdrawal Funds Transfer via Online | -2,500.00 | | 18,709.23 |
| 01-17-2023 | Point Of Sale Withdrawal   CENTRALDISPATCH.COM 858-259-6084 NYUS | -415.69 | | 18,293.54 |
| 01-17-2023 | Check 171 | -50.00 | | 18,243.54 |
| 01-17-2023 | Check 235 | -225.00 | | 18,018.54 |
| 01-17-2023 | Check 198 | -350.00 | | 17,668.54 |
| 01-17-2023 | Check 228 | -600.00 | | 17,068.54 |
| 01-17-2023 | Check 210 | -950.00 | | 16,118.54 |
| 01-17-2023 | Check 185 | -1,200.00 | | 14,918.54 |
| 01-17-2023 | Check 224 | -1,500.00 | | 13,418.54 |
| 01-17-2023 | Check 237 | -1,800.00 | | 11,618.54 |
| 01-17-2023 | Check 209 | -400.00 | | 11,218.54 |



| | | STATEMENT DATE: | 01JAN2023 - 31JAN2023 |
|---|---|---|---|
| | | MEMBER NUMBER: | ▮7456 |
| | | PAGE: | 4 of 7 |
| | | MEMBER NAME: | AUTO VOCITY TRANSPORT LLC |

**BASIC COMMERCIAL SHARE▮▮▮T : ▮▮▮6442 - Continued**

### Transaction History ▮▮▮▮ 6442 - Continued

| Date | Description | | Withdrawals | Deposits | Balance |
|---|---|---|---:|---:|---:|
| 01-17-2023 | Check 219 | | -400.00 | | 10,818.54 |
| 01-17-2023 | Check 204 | | -400.00 | | 10,418.54 |
| 01-17-2023 | Check 239 | | -450.00 | | 9,968.54 |
| 01-17-2023 | Check 218 | | -700.00 | | 9,268.54 |
| 01-18-2023 | Check 233 | | -200.00 | | 9,068.54 |
| 01-18-2023 | Check 232 | | -200.00 | | 8,868.54 |
| 01-18-2023 | Check 223 | | -500.00 | | 8,368.54 |
| 01-18-2023 | Check 183 | | -800.00 | | 7,568.54 |
| 01-18-2023 | Check 234 | | -900.00 | | 6,668.54 |
| 01-18-2023 | Check 241 | | -1,000.00 | | 5,668.54 |
| 01-18-2023 | Check 240 | | -1,075.00 | | 4,593.54 |
| 01-18-2023 | Deposit | | | 10,000.00 | 14,593.54 |
| 01-18-2023 | Check 248 | | -400.00 | | 14,193.54 |
| 01-18-2023 | Check 230 | | -400.00 | | 13,793.54 |
| 01-19-2023 | Check 238 | | -100.00 | | 13,693.54 |
| 01-19-2023 | Check 236 | | -300.00 | | 13,393.54 |
| 01-19-2023 | Check 211 | | -900.00 | | 12,493.54 |
| 01-19-2023 | Check 225 | | -900.00 | | 11,593.54 |
| 01-19-2023 | Check 249 | | -1,100.00 | | 10,493.54 |
| 01-19-2023 | Check 226 | | -1,200.00 | | 9,293.54 |
| 01-19-2023 | Deposit | | | 6,630.00 | 15,923.54 |
| 01-20-2023 | Point Of Sale Withdrawal T513-870-5590 OHUS | SUPER FLO SYSTEMS AND | -100.00 | | 15,823.54 |
| 01-20-2023 | Point Of Sale Withdrawal TXUS | Regus Management Group iwgplc.com | -147.00 | | 15,676.54 |
| 01-20-2023 | Point Of Sale Withdrawal TXUS | Regus Management Group iwgplc.com | -766.00 | | 14,910.54 |
| 01-20-2023 | Check 197 | | -150.00 | | 14,760.54 |
| 01-20-2023 | Check 244 | | -350.00 | | 14,410.54 |
| 01-20-2023 | Check 220 | | -1,220.00 | | 13,190.54 |
| 01-20-2023 | Check 250 | | -1,950.00 | | 11,240.54 |
| 01-20-2023 | Check 257 | | -400.00 | | 10,840.54 |
| 01-21-2023 | Point Of Sale Withdrawal 866-901-0242 GAUS | VBS*VONAGE BUSINESS | -565.06 | | 10,275.48 |
| 01-22-2023 | ATM Withdrawal  TDECU HEIGHTS BR 428 W 19TH ST HOUSTON    TXUS | | -800.00 | | 9,475.48 |
| 01-22-2023 | Point Of Sale Withdrawal 800-5549352  TXUS | SP MANREADY MERCANTI | -38.97 | | 9,436.51 |
| 01-23-2023 | Point Of Sale Withdrawal TXUS | TST* Shandys Cafe HeighHouston | -88.61 | | 9,347.90 |
| 01-23-2023 | Check 229 | | -50.00 | | 9,297.90 |
| 01-23-2023 | Check 247 | | -70.00 | | 9,227.90 |
| 01-23-2023 | Check 245 | | -350.00 | | 8,877.90 |
| 01-23-2023 | Check 243 | | -375.00 | | 8,502.90 |
| 01-23-2023 | Check 222 | | -1,100.00 | | 7,402.90 |
| 01-23-2023 | Check 251 | | -1,700.00 | | 5,702.90 |
| 01-23-2023 | Check 221 | | -400.00 | | 5,302.90 |
| 01-23-2023 | Check 254 | | -450.00 | | 4,852.90 |
| 01-24-2023 | Check 252 | | -650.00 | | 4,202.90 |
| 01-24-2023 | Deposit | | | 12,590.00 | 16,792.90 |
| 01-24-2023 | Check 215 | | -450.00 | | 16,342.90 |



| | | |
|---|---|---|
| STATEMENT DATE: | | 01JAN2023 - 31JAN2023 |
| MEMBER NUMBER: | | 7456 |
| PAGE: | | 5 of 7 |
| MEMBER NAME: | | AUTO VOCITY TRANSPORT LLC |

**BASIC COMMERCIAL SHARE ▇▇▇T : ▇▇▇ 6442 - Continued**

### Transaction History ▇▇▇ 6442 - Continued

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---:|---:|---:|
| 01-25-2023 | Withdrawal Funds Transfer via Online | -2,500.00 | | 13,842.90 |
| 01-25-2023 | Check 246 | -300.00 | | 13,542.90 |
| 01-25-2023 | Check 253 | -450.00 | | 13,092.90 |
| 01-26-2023 | ATM Deposit  TDECU HEIGHTS BR 428 W 19TH ST HOUSTON    TXUS | | 3,400.00 | 16,492.90 |
| 01-26-2023 | ATM Deposit  TDECU HEIGHTS BR 428 W 19TH ST HOUSTON    TXUS | | 2,100.00 | 18,592.90 |
| 01-26-2023 | ATM Withdrawal  TDECU HEIGHTS BR 428 W 19TH ST HOUSTON    TXUS | -200.00 | | 18,392.90 |
| 01-26-2023 | Check 259 | -500.00 | | 17,892.90 |
| 01-26-2023 | Check 260 | -1,125.00 | | 16,767.90 |
| 01-27-2023 | Check 242 | -250.00 | | 16,517.90 |
| 01-27-2023 | Check 263 | -1,100.00 | | 15,417.90 |
| 01-27-2023 | Withdrawal | -300.00 | | 15,117.90 |
| 01-27-2023 | Check 265 | -375.00 | | 14,742.90 |
| 01-27-2023 | Deposit | | 1,245.00 | 15,987.90 |
| 01-27-2023 | Withdrawal | -1,500.00 | | 14,487.90 |
| 01-28-2023 | Point Of Sale Withdrawal   VBS*VONAGE BUSINESS 866-901-0242 GAUS | -25.76 | | 14,462.14 |
| 01-28-2023 | Point Of Sale Withdrawal   Live Chat          617-275-2400 MAUS | -483.00 | | 13,979.14 |
| 01-29-2023 | Withdrawal Funds Transfer via Mobile | -1,000.00 | | 12,979.14 |
| 01-30-2023 | Check 255 | -1,000.00 | | 11,979.14 |
| 01-31-2023 | Check 258 | -375.00 | | 11,604.14 |
| 01-31-2023 | Withdrawal | -500.00 | | 11,104.14 |
| 01-31-2023 | Credit Interest | | 1.38 | 11,105.52 |
| 01-31-2023 | Maintenance Service Charge | -10.00 | | 11,095.52 |

### Drafts for ▇▇▇ 6442

| Date | Draft Number | Amount | Date | Draft Number | Amount |
|---|---|---:|---|---|---:|
| 01-11-2023 | 76 | 1,100.00 | 01-05-2023 | 160 | 500.00 |
| 01-03-2023 | 87 * | 600.00 | 01-04-2023 | 161 | 1,100.00 |
| 01-04-2023 | 125 * | 1,200.00 | 01-03-2023 | 162 | 700.00 |
| 01-04-2023 | 128 * | 550.00 | 01-04-2023 | 164 * | 700.00 |
| 01-03-2023 | 129 | 250.00 | 01-10-2023 | 165 | 1,358.00 |
| 01-09-2023 | 130 | 1,100.00 | 01-05-2023 | 167 * | 600.00 |
| 01-05-2023 | 131 | 250.00 | 01-03-2023 | 168 | 500.00 |
| 01-09-2023 | 132 | 350.00 | 01-04-2023 | 169 | 3,200.00 |
| 01-03-2023 | 133 | 275.00 | 01-17-2023 | 171 * | 50.00 |
| 01-04-2023 | 134 | 600.00 | 01-11-2023 | 172 | 100.00 |
| 01-03-2023 | 138 * | 900.00 | 01-09-2023 | 173 | 400.00 |
| 01-04-2023 | 139 | 500.00 | 01-06-2023 | 174 | 275.00 |
| 01-13-2023 | 142 * | 200.00 | 01-04-2023 | 175 | 800.00 |
| 01-06-2023 | 145 * | 450.00 | 01-05-2023 | 176 | 1,100.00 |
| 01-09-2023 | 146 | 175.00 | 01-05-2023 | 177 | 900.00 |
| 01-10-2023 | 147 | 300.00 | 01-04-2023 | 178 | 400.00 |
| 01-06-2023 | 148 | 700.00 | 01-09-2023 | 179 | 2,200.00 |
| 01-04-2023 | 149 | 450.00 | 01-05-2023 | 180 | 900.00 |
| 01-04-2023 | 154 * | 300.00 | 01-09-2023 | 181 | 700.00 |
| 01-05-2023 | 158 * | 1,400.00 | 01-03-2023 | 182 | 900.00 |
| 01-06-2023 | 159 | 650.00 | 01-18-2023 | 183 | 800.00 |



**STATEMENT DATE:** 01JAN2023 - 31JAN2023
**MEMBER NUMBER:** ▇7456
**PAGE:** 6 of 7
**MEMBER NAME:** AUTO VOCITY TRANSPORT LLC

## BASIC COMMERCIAL SHARE ▇▇▇ : ▇▇6442 - Continued

### Drafts for ▇▇6▇▇▇ Continued

| Date | Draft Number | Amount | Date | Draft Number | Amount |
|---|---|---|---|---|---|
| 01-11-2023 | 184 | 1,000.00 | 01-19-2023 | 225 | 900.00 |
| 01-17-2023 | 185 | 1,200.00 | 01-19-2023 | 226 | 1,200.00 |
| 01-10-2023 | 186 | 650.00 | 01-17-2023 | 228 * | 600.00 |
| 01-10-2023 | 187 | 600.00 | 01-23-2023 | 229 | 50.00 |
| 01-09-2023 | 188 | 1,100.00 | 01-18-2023 | 230 | 400.00 |
| 01-11-2023 | 190 * | 100.00 | 01-12-2023 | 231 | 500.00 |
| 01-11-2023 | 191 | 450.00 | 01-18-2023 | 232 | 200.00 |
| 01-11-2023 | 192 | 500.00 | 01-18-2023 | 233 | 200.00 |
| 01-10-2023 | 193 | 800.00 | 01-18-2023 | 234 | 900.00 |
| 01-11-2023 | 194 | 500.00 | 01-17-2023 | 235 | 225.00 |
| 01-11-2023 | 195 | 800.00 | 01-19-2023 | 236 | 300.00 |
| 01-11-2023 | 196 | 2,150.00 | 01-17-2023 | 237 | 1,800.00 |
| 01-20-2023 | 197 | 150.00 | 01-19-2023 | 238 | 100.00 |
| 01-17-2023 | 198 | 350.00 | 01-17-2023 | 239 | 450.00 |
| 01-13-2023 | 199 | 400.00 | 01-18-2023 | 240 | 1,075.00 |
| 01-05-2023 | 200 | 650.00 | 01-18-2023 | 241 | 1,000.00 |
| 01-09-2023 | 201 | 400.00 | 01-27-2023 | 242 | 250.00 |
| 01-10-2023 | 202 | 550.00 | 01-23-2023 | 243 | 375.00 |
| 01-11-2023 | 203 | 1,000.00 | 01-20-2023 | 244 | 350.00 |
| 01-17-2023 | 204 | 400.00 | 01-23-2023 | 245 | 350.00 |
| 01-10-2023 | 205 | 1,100.00 | 01-25-2023 | 246 | 300.00 |
| 01-11-2023 | 206 | 900.00 | 01-23-2023 | 247 | 70.00 |
| 01-10-2023 | 207 | 650.00 | 01-18-2023 | 248 | 400.00 |
| 01-12-2023 | 208 | 1,000.00 | 01-19-2023 | 249 | 1,100.00 |
| 01-17-2023 | 209 | 400.00 | 01-20-2023 | 250 | 1,950.00 |
| 01-17-2023 | 210 | 950.00 | 01-23-2023 | 251 | 1,700.00 |
| 01-19-2023 | 211 | 900.00 | 01-24-2023 | 252 | 650.00 |
| 01-10-2023 | 212 | 500.00 | 01-25-2023 | 253 | 450.00 |
| 01-12-2023 | 213 | 550.00 | 01-23-2023 | 254 | 450.00 |
| 01-24-2023 | 215 * | 450.00 | 01-30-2023 | 255 | 1,000.00 |
| 01-10-2023 | 216 | 1,000.00 | 01-20-2023 | 257 * | 400.00 |
| 01-11-2023 | 217 | 700.00 | 01-31-2023 | 258 | 375.00 |
| 01-17-2023 | 218 | 700.00 | 01-26-2023 | 259 | 500.00 |
| 01-17-2023 | 219 | 400.00 | 01-26-2023 | 260 | 1,125.00 |
| 01-20-2023 | 220 | 1,220.00 | 01-27-2023 | 263 * | 1,100.00 |
| 01-23-2023 | 221 | 400.00 | 01-27-2023 | 265 * | 375.00 |
| 01-23-2023 | 222 | 1,100.00 | 01-09-2023 | 1178 * | 400.00 |
| 01-18-2023 | 223 | 500.00 | | | |
| 01-17-2023 | 224 | 1,500.00 | | | |

(*) Next to number indicates skip in sequence
(e) Denotes an Electronic Draft

| | |
|---|---|
| Interest Earned 01-01-2023 to 01-31-2023: | $1.38 |
| Average Daily Balance: | $13,681.62 |
| Annual Percentage Yield Earned (APYE): | 0.119% |
| Annual Percentage Yield (APY): | 0.120% |
| Annual Percentage Yield (APY): | 0.000% |
| Annual Percentage Yield (APY): | 0.120% |
| Interest Paid Year-to-Date: | $1.38 |



**TDECU — YOUR CREDIT UNION**

| | |
|---|---|
| **STATEMENT DATE:** | 01JAN2023 - 31JAN2023 |
| **MEMBER NUMBER:** | ▓7456 |
| **PAGE:** | 7 of 7 |
| **MEMBER NAME:** | AUTO VOCITY TRANSPORT LLC |

### Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 800 839 1154 or Write us at TDECU Member Care, 1001 FM 2004, Lake Jackson, TX 77566 as soon as you can, if you think your statement or receipt is wrong ▓ you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Billing Rights Summary

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at: Texas Dow Employees ▓nion, 1001 FM 2004, Lake Jackson, TX 77566 4012. You may also contact us on the web at www.tdecu.org/contact form/

In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**TDECU — YOUR CREDIT UNION**
Texas Dow Employees Credit Union

Insured by NCUA.   EQUAL HOUSING LENDER



```
                                           Date  1/31/23         Page      1
                                           Primary Account          ▮1604


     AUTOVOCITY TRANSPORT, LLC
     Debtor in Possession, Case 22-33814,
     General Account
     2925 RICHMOND AVE SUITE 1200
     HOUSTON TX 77098
```

| Account Title: | AUTOVOCITY TRANSPORT, LLC<br>Debtor in Possession, Case 22-33814,<br>General Account | | |
|---|---|---|---|
| Commercial Checking | | Number of Enclosures | 25 |
| Account Number | ▮1604 | Statement Dates 1/04/23 thru 1/31/23 | |
| Previous Balance | .00 | Days in the statement period | 28 |
| 10 Deposits/Credits | 35,515.64 | Avg Daily Ledger | 9,971.65 |
| 31 Checks/Debits | 27,250.59 | Avg Daily Collected | 9,971.65 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 8,265.05 | | |

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/13 | Wire Transfer Credit<br>CALIBER HOLDINGS LLC<br>CONCENTRATION ACCOUNT<br>2941 LAKE VISTA DR<br>LEWISVILLE TX US 75067-3801<br>20230113I1B7033R013595<br>20230113MMQFMP9N000229<br>01131438FT01 | 27,515.00 |
| 1/18 | microdepos Deluxe ECHECK<br>CCD 042000018618632<br>AutoVocity Tr | .64 |
| 1/31 | CASH DP 1730 01/30/23 009851<br>HOUSTON #312 | 1,000.00 |



```
                                    Date   1/31/23        Page      2
                                    Primary Account              1604
```

Commercial Checking                         1604   (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 1/31 | 1035 N SHEPHERD<br>HOUSTON     TX C#9742<br>CASH DP 1731 01/30/23 009852<br>HOUSTON #312 | 1,000.00 |
| 1/31 | 1035 N SHEPHERD<br>HOUSTON     TX C#9742<br>CASH DP 1732 01/30/23 009853<br>HOUSTON #312 | 1,000.00 |
| 1/31 | 1035 N SHEPHERD<br>HOUSTON     TX C#9742<br>CASH DP 1733 01/30/23 009854<br>HOUSTON #312 | 1,000.00 |
| 1/31 | 1035 N SHEPHERD<br>HOUSTON     TX C#9742<br>CASH DP 1734 01/30/23 009855<br>HOUSTON #312 | 1,000.00 |
| 1/31 | 1035 N SHEPHERD<br>HOUSTON     TX C#9742<br>CASH DP 1735 01/30/23 009856<br>HOUSTON #312 | 1,000.00 |
| 1/31 | 1035 N SHEPHERD<br>HOUSTON     TX C#9742<br>CASH DP 1736 01/30/23 009857<br>HOUSTON #312 | 1,000.00 |
| 1/31 | 1035 N SHEPHERD<br>HOUSTON     TX C#9742<br>CASH DP 1737 01/30/23 009858<br>HOUSTON #312<br>1035 N SHEPHERD<br>HOUSTON     TX C#9742 | 1,000.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 1/23 | QBC_PMTS    INTUIT FINANCING<br>CCD 111000026124839<br>AUTOVOCITY TRANSPORT | 216.95- |
| 1/23 | QBC_PMTS    INTUIT FINANCING<br>CCD 111000026124887 | 269.12- |



```
                                        Date  1/31/23          Page     3
                                        Primary Account        ▮▮▮▮1604
```

Commercial Checking     ▮▮▮▮1604  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 1/23 | AUTOVOCITY TRANSPORT<br>USATAXPYMT IRS<br>WEB 061036010004607<br>RAFAEL DOMINGUEZ JR<br>240342390322066 | 350.00- |
| 1/23 | QBC_PMTS    INTUIT FINANCING<br>CCD 111000026124681<br>AUTOVOCITY TRANSPORT | 356.07- |
| 1/27 | QBC_PMTS    AUTOVOCITY TRANS<br>CCD 111000022395755<br>AUTOVOCITY TRANSPORT | 95.21- |
| 1/27 | QBC_PMTS    AUTOVOCITY TRANS<br>CCD 111000022395757<br>AUTOVOCITY TRANSPORT | 129.99- |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 1/19 | 1 | 133.25 | 1/23 | 17 | 1,200.00 |
| 1/23 | 2 | 400.00 | 1/26 | 18 | 1,400.00 |
| 1/26 | 4* | 600.00 | 1/24 | 19 | 375.00 |
| 1/20 | 5 | 450.00 | 1/24 | 22* | 400.00 |
| 1/19 | 6 | 1,000.00 | 1/30 | 24* | 750.00 |
| 1/20 | 8* | 950.00 | 1/24 | 26* | 100.00 |
| 1/23 | 9 | 700.00 | 1/31 | 27 | 900.00 |
| 1/27 | 10 | 700.00 | 1/24 | 28 | 1,800.00 |
| 1/26 | 12* | 500.00 | 1/31 | 29 | 250.00 |
| 1/24 | 13 | 200.00 | 1/19 | 1001* | 7,500.00 |
| 1/23 | 14 | 1,500.00 | 1/25 | 1002 | 750.00 |
| 1/23 | 15 | 900.00 | 1/24 | 10003* | 1,375.00 |
| 1/24 | 16 | 1,000.00 | | | |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 1/04 | .00 | 1/19 | 18,882.39 | 1/24 | 6,340.25 |
| 1/13 | 27,515.00 | 1/20 | 17,482.39 | 1/25 | 5,590.25 |
| 1/18 | 27,515.64 | 1/23 | 11,590.25 | 1/26 | 3,090.25 |



```
                                          Date   1/31/23         Page       4
                                          Primary Account              1604
```

Commercial Checking                        1604   (Continued)

| DAILY BALANCE INFORMATION | | | | | |
|---|---|---|---|---|---|
| Date | Balance | Date | Balance | Date | Balance |
| 1/27 | 2,165.05 | 1/30 | 1,415.05 | 1/31 | 8,265.05 |

*** END OF STATEMENT ***

Check 1   Date: 01/19   Amount: $133 25
— Pay to the Order of: Deluxe Corporation — $133.25 — Memo: Payment for order #562710 — VV001 — Date 01/18/2023

Check 2   Date: 01/23   Amount: $400 00
— Pay to the Order of: Star Hotshot LLC. — $400.00 — Memo: Order ID: M29053586 — VV002 — Date 01/18/2023

Check 4   Date: 01/26   Amount: $600 00
— Pay to the Order of: Shipping Experts Inc. — ****$600.00 — Memo: Order ID: 5935p22045 — VV004 — Date 01/18/2023

Check 5   Date: 01/20   Amount: $450 00
— Pay to the Order of: ID Transport — $450.00 — Memo: Order ID: 28600702 — VV005 — Date 01/18/2023

Check 6   Date: 01/19   Amount: $1,000 00
— Pay to the Order of: Optimus Carrier Services INC. — $1,000.00 — Memo: Order ID: 28273544 — VV006 — Date 01/18/2023

Check 8   Date: 01/20   Amount: $950 00
— Pay to the Order of: SDM Transport Inc — $950.00 — Memo: Order ID: 29005831 — VV008 — Date 01/19/2023

Check 9   Date: 01/23   Amount: $700 00
— Pay to the Order of: A & I Transport LLC. — $700.00 — Memo: Order ID: 28846616 — VV009 — Date 01/20/2023

Check 10   Date: 01/27   Amount: $700.00
— Pay to the Order of: Wallace Factoring — ****$700.00 — Memo: Invoice #28219068 — VV010 — Date 01/20/2023

Check 12   Date: 01/26   Amount: $500.00
— Pay to the Order of: Express Trans Group LLC. — ****$500.00 — Memo: Order ID: 5896p21118 — VV012 — Date 01/20/2023

Check 13   Date: 01/24   Amount: $200.00
— Pay to the Order of: Mark Gusman — $200.00 — Memo: Order #28700147 Referral — VV013 — Date 01/20/2023

Check 14   Date: 01/23   Amount: $1,500.00
— Pay to the Order of: SNK Transport LLC — $1,500.00 — Memo: Order ID: 28613075 — VV014 — Date 01/20/2023

Check 15   Date: 01/23   Amount: $900.00
— Pay to the Order of: Grand Turismo Transport LLC. — $900.00 — Memo: Order ID: 5859c22115 — VV015 — Date 01/20/2023

### Check 16   Date: 01/24   Amount: $1,000.00

**AutoVocity Transport**
2925 Richmond Ave.
Suite 1200
Houston, TX 77098
VV016
Date: 01/23/2023
PAY TO THE ORDER OF: NT Transportation Inc.   $1,000.00
One-thousand and 00/100 Dollars
Bofi Federal Bank
Memo: Order ID: 28438204
AutoVocity Transport

### Check 17   Date: 01/23   Amount: $1,200.00

**AutoVocity Transport**
2925 Richmond Ave.
Suite 1200
Houston, TX 77098
VV017
Date: 01/23/2023
PAY TO THE ORDER OF: Gold Express Trucking Inc   $1,200.00
One thousand, two hundred and 00/100 Dollars
Bofi Federal Bank
Memo: Order ID: 29614862 and Order ID: 5825p22044
AutoVocity Transport

### Check 18   Date: 01/26   Amount: $1,400.00

**AutoVocity Transport**
2925 Richmond Ave.
Suite 1200
Houston, TX 77098
VV018
Date: 01/23/2023
PAY TO THE ORDER OF: GLB Trucking Inc.   $1,400.00
One thousand, four hundred and 00/100 Dollars
Bofi Federal Bank
Memo: Order ID: 27778074
AutoVocity Transport

### Check 19   Date: 01/24   Amount: $375.00

**AutoVocity Transport**
2925 Richmond Ave.
Suite 1200
Houston, TX 77098
VV019
Date: 01/23/2023
PAY TO THE ORDER OF: NSH Logistics Inc.   $375.00
Three hundred seventy-five and 00/100 Dollars
Bofi Federal Bank
Memo: Order ID: 29052482
AutoVocity Transport

### Check 22   Date: 01/24   Amount: $400.00

**AutoVocity Transport**
2925 Richmond Ave.
Suite 1200
Houston, TX 77098
VV022
Date: 01/23/2023
PAY TO THE ORDER OF: ALLCITY FAST TRANSPORT LLC.   $400.00
Four hundred and 00/100 Dollars
Bofi Federal Bank
Memo: Order ID: 28425935
AutoVocity Transport

### Check 24   Date: 01/30   Amount: $750.00

**AutoVocity Transport**
2925 Richmond Ave. Suite 1200
Houston, TX 77098
VV024
Date: 01/23/2023
PAY TO THE ORDER OF: Freight W Inc.   ****$750.00
Seven hundred fifty and 00/100 Dollars
Bofi Federal Bank
Memo: Order ID: 28899762
AutoVocity Transport

### Check 26   Date: 01/24   Amount: $100.00

**AutoVocity Transport**
2925 Richmond Ave.
Suite 1200
Houston, TX 77098
VV026
Date: 01/23/2023
PAY TO THE ORDER OF: Jonathan Ramirez   $100.00
One hundred and 00/100 Dollars
Bofi Federal Bank
Memo: 2005 Chevy Tahoe
AutoVocity Transport

### Check 27   Date: 01/31   Amount: $900.00

**AutoVocity Transport**
2925 Richmond Ave. Suite 1200
Houston, TX 77098
VV027
Date: 01/23/2023
PAY TO THE ORDER OF: JD FACTORS   ****$900.00
Nine hundred and 00/100 Dollars
Bofi Federal Bank
Memo: Order ID: 28438162
AutoVocity Transport

### Check 28   Date: 01/24   Amount: $1,800.00

**AutoVocity Transport**
2925 Richmond Ave.
Suite 1200
Houston, TX 77098
VV028
Date: 01/23/2023
PAY TO THE ORDER OF: Simcom Freight Inc.   $1,800.00
One thousand, eight hundred and 00/100 Dollars
Bofi Federal Bank
Memo: Order ID: 2ca5845
AutoVocity Transport

### Check 29   Date: 01/31   Amount: $250.00

**AutoVocity Transport**
2925 Richmond Ave. Suite 1200
Houston, TX 77098
VV029
Date: 01/24/2023
PAY TO THE ORDER OF: Y&H Brothers Transport Inc   ****$250.00
Two hundred fifty and 00/100 Dollars
Bofi Federal Bank
Memo: Order ID: 29127458
AutoVocity Transport

### Check 1001   Date: 01/19   Amount: $7,500.00

**AutoVocity Transport, LLC**
Debtor in Possession, Case 22-33814
General Account
1001
DATE: _____
PAY TO THE ORDER OF: AutoVocity Transport   $7500.00
Seven thousand & five hundred 00/100 DOLLARS
axos BANK
MEMO: Cover Expenses

### Check 1002   Date: 01/25   Amount: $750.00

**AutoVocity Transport, LLC**
Debtor in Possession, Case 22-33814
General Account
1002
DATE: 01/20/23
PAY TO THE ORDER OF: C&R Transport LLC.   $750.00
Seven hundred fifty 00/100 DOLLARS
axos BANK
MEMO: Order JG29171200

```
Apply to account: OrderID28601494 - AutoVocity Transport LLC          17012342364
Autovocity Transport LLC                90-8725         DATE         0000010003
2925 Richmond Ave Suite 1200             1222         01/17/2023
Houston, TX  77098
                                        Axos Bank
                                        4350 La Jolla Village Drive.
                                        Suite 140
                                        San Diego CA  92122
                                                                        AMOUNT
PAY    ONE THOUSAND, THREE HUNDRED SEVENTY-FIVE DOLLARS AND NO/100
TO                                                                    **$1375.00
THE
ORDER  NO LIMIT TRANSPORTATION INC.
OF

axos
                                                    Signature on File -
                                                    account holder has pre-approved this check
                                                    Void After 90 Days
```

BillPay Check 10003   Date: 01/24   Amount: $1,375.00

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

