**Fill in this information to identify the case:**

Debtor Name: AutoVocity Transport, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 22-33814

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: February 2023

Date report filed: 03/23/2023 (MM / DD / YYYY)

Line of business: Auto Shipping Service

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Rafael Dominguez

Original signature of responsible party: /s/ Rafael Dominguez

Printed name of responsible party: Rafael Dominguez

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☒ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☒ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☒ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  AutoVocity Transport, LLC                     Case number 22-33814

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 102,297.86

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.          $ 137,102.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.          − 78,572.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 58,530.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 160,827.86

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $ 0.00

    (Exhibit E)

Debtor Name  AutoVocity Transport, LLC                              Case number 22-33814

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                        $ 90,760.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                4
27. What is the number of employees as of the date of this monthly report?                                  4

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?            $ 5,000.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 5,000.00
30. How much have you paid this month in other professional fees?                                            $ 0.00
31. How much have you paid in total other professional fees since filing the case?                           $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | – | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 150,000.00 | – | $ 137,102.00 | = | $ 12,898.00 |
| 33. **Cash disbursements** | $ 90,000.00 | – | $ 78,572.00 | = | $ 11,428.00 |
| 34. **Net cash flow** | $ 60,000.00 | – | $ 58,530.00 | = | $ 1,470.00 |

35. Total projected cash receipts for the next month:                                                        $ 150,000.00
36. Total projected cash disbursements for the next month:                                               – $ 100,000.00
37. Total projected net cash flow for the next month:                                                      = $ 50,000.00

Official Form 425C            **Monthly Operating Report for Small Business Under Chapter 11**            page **3**

Debtor Name  AutoVocity Transport, LLC                     Case number 22-33814

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.



```
                                    Date   2/28/23         Page       1
                                    Primary Account              1604


    AUTOVOCITY TRANSPORT, LLC
    Debtor in Possession, Case 22-33814,
    General Account
    2925 RICHMOND AVE SUITE 1200
    HOUSTON TX 77098
```

```
    Account Title:         AUTOVOCITY TRANSPORT, LLC
                           Debtor in Possession, Case 22-33814,
                           General Account

    Commercial Checking                 Number of Enclosures              21
    Account Number                1604  Statement Dates   2/01/23 thru  2/28/23
    Previous Balance          8,265.05  Days in the statement period         28
        25 Deposits/Credits  25,847.60  Avg Daily Ledger            8,381.31
        34 Checks/Debits     24,672.89  Avg Daily Collected         8,381.31
    Maintenance Fee                .00
    Interest Paid                  .00
    Ending Balance            9,439.76
```

| DEPOSITS AND OTHER CREDITS | | |
|---|---|---|
| Date | Description | Amount |
| 2/07 | Wire Transfer Credit<br>AUTO VOCITY BUSINESS<br>2925 RICHMOND AVE STE 1200<br>HOUSTON, TX 77098<br>TEXAS DOW EMPLOYEES CREDIT UNI<br>TRANSFER<br>AUTO VOCITY BUSINESS<br>20230207GMQFMP01004586<br>20230207MMQFMP9N000082<br>02071045FT01 | 2,000.00 |
| 2/14 | CASH DP 0910 02/14/23 009292<br>HEB STORE #737 | 600.00 |



Date 2/28/23  Page 2
Primary Account ████1604

Commercial Checking ████1604  (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| | 2300 N. SHEPHERD D<br>HOUSTON       TX C#9742 | |
| 2/14 | CASH DP 0906 02/14/23 009288<br>HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON       TX C#9742 | 1,000.00 |
| 2/14 | CASH DP 0907 02/14/23 009289<br>HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON       TX C#9742 | 1,000.00 |
| 2/14 | CASH DP 0908 02/14/23 009290<br>HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON       TX C#9742 | 1,000.00 |
| 2/14 | CASH DP 0909 02/14/23 009291<br>HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON       TX C#9742 | 1,000.00 |
| 2/17 | CASH DP 0949 02/17/23 009432<br>HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON       TX C#9742 | 900.00 |
| 2/17 | CASH DP 0950 02/17/23 009433<br>HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON       TX C#9742 | 900.00 |
| 2/17 | CASH DP 0955 02/17/23 009439<br>HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON       TX C#9742 | 900.00 |
| 2/17 | CASH DP 0951 02/17/23 009434<br>HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON       TX C#9742 | 1,000.00 |
| 2/17 | CASH DP 0952 02/17/23 009435<br>HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON       TX C#9742 | 1,000.00 |
| 2/17 | CASH DP 0953 02/17/23 009436<br>HEB STORE #737 | 1,000.00 |



Date   2/28/23         Page      3
Primary Account        ████1604

Commercial Checking           ████1604   (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---:|
| | 2300 N. SHEPHERD D<br>HOUSTON      TX C#9742 | |
| 2/17 | CASH DP 0953 02/17/23 009437 | 1,000.00 |
| | HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON      TX C#9742 | |
| 2/17 | CASH DP 0954 02/17/23 009438 | 1,000.00 |
| | HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON      TX C#9742 | |
| 2/17 | MyDeposit | 157.60 |
| 2/17 | MyDeposit | 2,000.00 |
| 2/21 | CASH DP 1031 02/21/23 009668 | 1,000.00 |
| | HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON      TX C#9742 | |
| 2/21 | MyDeposit | 100.00 |
| 2/21 | CASH DP 1032 02/21/23 009669 | 1,000.00 |
| | HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON      TX C#9742 | |
| 2/21 | CASH DP 1033 02/21/23 009670 | 1,000.00 |
| | HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON      TX C#9742 | |
| 2/21 | CASH DP 1035 02/21/23 009671 | 1,000.00 |
| | HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON      TX C#9742 | |
| 2/21 | CASH DP 1036 02/21/23 009672 | 1,000.00 |
| | HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON      TX C#9742 | |
| 2/21 | CASH DP 1040 02/21/23 009675 | 1,000.00 |
| | HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON      TX C#9742 | |
| 2/21 | CASH DP 1040 02/21/23 009676 | 1,000.00 |
| | HEB STORE #737 | |



Date  2/28/23
Page  4
Primary Account  ■■■■■■■1604

Commercial Checking  ■■■■■■■1604  (Continued)

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
|  | 2300 N. SHEPHERD D<br>HOUSTON       TX C#9742 |  |
| 2/27 | MyDeposit | 2,290.00 |

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 2/06 | CORP COLL   THE LANE LAW FIR<br>CCD 114000099961706<br>AUTOVOCITY TRANSPORT | 2,500.00- |
| 2/08 | DBT CRD 1334 02/07/23 04722147<br>DNH*GODADDY.COM<br>480-5058855    AZ C#9742 | 60.32- |
| 2/14 | QBC_PMTS    INTUIT FINANCING<br>CCD 111000023404813<br>AUTOVOCITY TRANSPORT | 216.95- |
| 2/14 | QBC_PMTS    INTUIT FINANCING<br>CCD 111000023408821<br>AUTOVOCITY TRANSPORT | 269.12- |
| 2/14 | QBC_PMTS    INTUIT FINANCING<br>CCD 111000023404405<br>AUTOVOCITY TRANSPORT | 356.07- |
| 2/17 | Account Analysis Charge | 65.00- |
| 2/17 | USATAXPYMT IRS<br>WEB 061036010011601<br>RAFAEL DOMINGUEZ JR<br>240344870943958 | 350.00- |
| 2/21 | DBT CRD 1713 02/20/23 36269163<br>VBS*VONAGE BUSINESS<br>866-901-0242    GA C#9742 | 609.13- |
| 2/21 | CORP COLL   THE LANE LAW FIR<br>CCD 114000095320196<br>AUTOVOCITY TRANSPORT | 2,500.00- |
| 2/22 | DBT CRD 0832 02/21/23 23643339<br>CENTRALDISPATCH.COM<br>858-259-6084    NY C#9742 | 277.06- |
| 2/28 | DBT CRD 1724 02/28/23 42597169<br>VISTAPRINT<br>866-207-4955   MA C#9742 | 124.71- |



```
Date   2/28/23           Page        5
Primary Account              ▇▇▇▇1604
```

Commercial Checking          ▇▇▇▇1604   (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 2/28 | QBC_PMTS    INTUIT FINANCING<br>CCD 111000024776286<br>AUTOVOCITY TRANSPORT | 95.21- |
| 2/28 | QBC_PMTS    INTUIT FINANCING<br>CCD 111000024771868<br>AUTOVOCITY TRANSPORT | 129.99- |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 2/01 | 11 | 500.00 | 2/22 | 38 | 600.00 |
| 2/01 | 23* | 300.00 | 2/27 | 39 | 900.00 |
| 2/03 | 25* | 200.00 | 2/23 | 40 | 550.00 |
| 2/02 | 30* | 2,000.00 | 2/16 | 41 | 150.00 |
| 2/13 | 31 | 100.00 | 2/22 | 42 | 2,000.00 |
| 2/08 | 32 | 200.00 | 2/27 | 45* | 250.00 |
| 2/17 | 33 | 1,000.00 | 2/23 | 46 | 300.00 |
| 2/13 | 34 | 1,000.00 | 2/24 | 47 | 414.00 |
| 2/10 | 35 | 700.00 | 2/24 | 48 | 4,381.33 |
| 2/24 | 36 | 400.00 | 2/27 | 49 | 1,074.00 |
| 2/14 | 37 | 100.00 | | | |

* Indicates Skip In Check Number Sequence

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 2/01 | 7,465.05 | 2/10 | 3,804.73 | 2/22 | 15,769.00 |
| 2/02 | 5,465.05 | 2/13 | 2,704.73 | 2/23 | 14,919.00 |
| 2/03 | 5,265.05 | 2/14 | 6,362.59 | 2/24 | 9,723.67 |
| 2/06 | 2,765.05 | 2/16 | 6,212.59 | 2/27 | 9,789.67 |
| 2/07 | 4,765.05 | 2/17 | 14,655.19 | 2/28 | 9,439.76 |
| 2/08 | 4,504.73 | 2/21 | 18,646.06 | | |

*** END OF STATEMENT ***

Check 11  Date: 02/01  Amount: $500.00

Check 23  Date: 02/01  Amount: $300.00

Check 25  Date: 02/03  Amount: $200.00

Check 30  Date: 02/02  Amount: $2,000.00

Check 31  Date: 02/13  Amount: $100.00

Check 32  Date: 02/08  Amount: $200.00

Check 33  Date: 02/17  Amount: $1,000.00

Check 34  Date: 02/13  Amount: $1,000.00

Check 35  Date: 02/10  Amount: $700.00

Check 36  Date: 02/24  Amount: $400.00

Check 37  Date: 02/14  Amount: $100.00

Check 38  Date: 02/22  Amount: $600.00

Check 39   Date: 02/27   Amount: $900.00

Check 40   Date: 02/23   Amount: $550.00

Check 41   Date: 02/16   Amount: $150.00

Check 42   Date: 02/22   Amount: $2,000.00

Check 45   Date: 02/27   Amount: $250.00

Check 46   Date: 02/23   Amount: $300.00

Check 47   Date: 02/24   Amount: $414.00

Check 48   Date: 02/24   Amount: $4,381.33

Check 49   Date: 02/27   Amount: $1,074.00

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

