**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

❑ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: _____                             Date report filed: _____
                                                                MM / DD / YYYY

Line of business: _____    NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: *Rafael Dominguez*

Original signature of responsible party: *[signature]*

Printed name of responsible party: *Rafael Dominguez*

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ❑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ❑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ❑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ❑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ❑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ❑ | ❑ |

Debtor Name   _____     Case number_____

| | | | | |
|---|---|---|---|---|
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ❏ | ❏ | ❏ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ❏ | ❏ | ❏ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ _____

    *(Exhibit E)*

Debtor Name   _____         Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                                                $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                           _____
27. What is the number of employees as of the date of this monthly report?                                          _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?         $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____
30. How much have you paid this month in other professional fees?                                                    $ _____
31. How much have you paid in total other professional fees since filing the case?                            $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | *Column B*<br>**Actual**<br><br>Copy lines 20-22 of this report. | *Column C*<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|
| 32. **Cash receipts** | $ _____ | — $ _____ | = $ _____ |
| 33. **Cash disbursements** | $ _____ | — $ _____ | = $ _____ |
| 34. **Net cash flow** | $ _____ | — $ _____ | = $ _____ |

35. Total projected cash receipts for the next month:                                                                         $ _____
36. Total projected cash disbursements for the next month:                                                              − $ _____
37. Total projected net cash flow for the next month:                                                                         = $ _____

Debtor Name   _____      Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ❏ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ❏ 39. Bank reconciliation reports for each account.

- ❏ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ❏ 41. Budget, projection, or forecast reports.

- ❏ 42. Project, job costing, or work-in-progress reports.



```
                                    Date    3/31/23          Page       1
                                    Primary Account              ████1604


        AUTOVOCITY TRANSPORT, LLC
        Debtor in Possession, Case 22-33814,
        General Account
        2925 RICHMOND AVE SUITE 1200
        HOUSTON TX 77098
```

| Account Title: | AUTOVOCITY TRANSPORT, LLC |
| | Debtor in Possession, Case 22-33814, |
| | General Account |

```
 Commercial Checking                   Number of Enclosures            21
 Account Number              ████1604  Statement Dates  3/01/23 thru 4/02/23
 Previous Balance            9,439.76  Days in the statement period    33
     20 Deposits/Credits    35,975.00  Avg Daily Ledger          5,690.96
     63 Checks/Debits       43,996.88  Avg Daily Collected       5,690.96
 Maintenance Fee                  .00
 Interest Paid                    .00
 Ending Balance              1,417.88
```

### DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/07 | CASH DP 0926 03/07/23 001519<br>HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON     TX C#9742 | 900.00 |
| 3/07 | CASH DP 0924 03/07/23 001517<br>HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON     TX C#9742 | 1,000.00 |
| 3/07 | CASH DP 0925 03/07/23 001518<br>HEB STORE #737<br>2300 N. SHEPHERD D<br>HOUSTON     TX C#9742 | 1,000.00 |
| 3/07 | CASH DP 0927 03/07/23 001520<br>HEB STORE #737 | 1,000.00 |



Date   3/31/23                Page        2
Primary Account         ▮▮▮▮1604

Commercial Checking                  ▮▮▮▮1604  (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|-------:|
|      | 2300 N. SHEPHERD D HOUSTON    TX C#9742 | |
| 3/07 | CASH DP 0928 03/07/23 001521 | 1,000.00 |
|      | HEB STORE #737 2300 N. SHEPHERD D HOUSTON    TX C#9742 | |
| 3/08 | MyDeposit | 2,890.00 |
| 3/09 | CASH DP 1018 03/09/23 001614 | 1,000.00 |
|      | HEB STORE #737 2300 N. SHEPHERD D HOUSTON    TX C#9742 | |
| 3/09 | CASH DP 1020 03/09/23 001615 | 1,000.00 |
|      | HEB STORE #737 2300 N. SHEPHERD D HOUSTON    TX C#9742 | |
| 3/09 | CASH DP 1021 03/09/23 001616 | 1,000.00 |
|      | HEB STORE #737 2300 N. SHEPHERD D HOUSTON    TX C#9742 | |
| 3/09 | CASH DP 1022 03/09/23 001617 | 1,000.00 |
|      | HEB STORE #737 2300 N. SHEPHERD D HOUSTON    TX C#9742 | |
| 3/09 | CASH DP 1023 03/09/23 001618 | 1,000.00 |
|      | HEB STORE #737 2300 N. SHEPHERD D HOUSTON    TX C#9742 | |
| 3/09 | CASH DP 1024 03/09/23 001619 | 1,000.00 |
|      | HEB STORE #737 2300 N. SHEPHERD D HOUSTON    TX C#9742 | |
| 3/14 | MyDeposit | 7,500.00 |
| 3/20 | MyDeposit | 945.00 |
| 3/20 | MyDeposit | 1,095.00 |
| 3/23 | MyDeposit | 5,000.00 |
| 3/24 | Wire Transfer Credit DAVID JACOBS 419 EAST 24TH ST HOUSTON TX | 2,000.00 |



Date   3/31/23          Page      3
Primary Account           ████1604

Commercial Checking           ████1604   (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
|  | 20230324L1LFBE2C000287<br>20230324MMQFMP9N000129<br>03241146FT01 |  |
| 3/27 | MyDeposit | 1,645.00 |
| 3/29 | Wire Transfer Credit<br>DAVID JACOBS<br>419 EAST 24TH ST<br>HOUSTON TX<br>20230329L1LFBE2C000526<br>20230329MMQFMP9N000207<br>03291301FT01 | 2,000.00 |
| 3/30 | MyDeposit | 2,000.00 |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 3/01 | DBT CRD 0104 02/28/23 54824807<br>VBS*VONAGE BUSINESS<br>866-901-0242   GA C#9742 | 4.91- |
| 3/01 | DBT CRD 1119 02/28/23 23530719<br>Live Chat<br>617-275-2400   MA C#9742 | 483.00- |
| 3/03 | DBT CRD 1228 03/02/23 65085037<br>Regus Management Group<br>iwgplc.com   TX C#9742 | 147.00- |
| 3/03 | DBT CRD 1332 03/01/23 03202761<br>SUPER FLO SYSTEMS AND<br>513-870-5590   OH C#9742 | 649.65- |
| 3/06 | DBT CRD 1204 03/03/23 50993631<br>TWILIO SENDGRID<br>WWW.TWILIO.CO CA C#9742 | 149.19- |
| 3/06 | DBT CRD 0541 03/04/23 20621003<br>FACEBK C977QM3JV2<br>650-5434800   CA C#9742 | 2.00- |
| 3/06 | DBT CRD 0652 03/04/23 63510071<br>FACEBK 9H6XUP3HV2<br>650-5434800   CA C#9742 | 2.00- |
| 3/06 | DBT CRD 0718 03/04/23 79053062<br>FACEBK 7EUV4NKHV2 | 2.00- |



```
                                      Date   3/31/23           Page       4
                                      Primary Account              ████1604
```

Commercial Checking          ████1604  (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| | 650-5434800      CA C#9742 | |
| 3/06 | DBT CRD 0759 03/04/23 03781532<br>FACEBK 67SSBN7HV2<br>650-5434800      CA C#9742 | 3.00- |
| 3/06 | DBT CRD 0845 03/04/23 31467751<br>FACEBK P9AA6MXHV2<br>650-5434800      CA C#9742 | 3.00- |
| 3/06 | DBT CRD 1040 03/04/23 00240344<br>FACEBK LMKEQM3JV2<br>650-5434800      CA C#9742 | 5.00- |
| 3/06 | DBT CRD 1217 03/04/23 58747474<br>FACEBK 4HFFNMPHV2<br>650-5434800      CA C#9742 | 7.00- |
| 3/06 | DBT CRD 1429 03/04/23 37418313<br>FACEBK CJR7PLBHV2<br>650-5434800      CA C#9742 | 10.00- |
| 3/06 | DBT CRD 0829 03/05/23 21512383<br>FACEBK 2Z2UPLBHV2<br>650-5434800      CA C#9742 | 15.00- |
| 3/06 | DBT CRD 1859 03/05/23 35631337<br>FACEBK NP486NXGV2<br>650-5434800      CA C#9742 | 15.00- |
| 3/06 | DBT CRD 1455 03/05/23 53155858<br>FACEBK F7HHUMFHV2<br>650-5434800      CA C#9742 | 25.00- |
| 3/06 | CORP COLL  THE LANE LAW FIR<br>CCD 114000090992147<br>AUTOVOCITY TRANSPORT | 2,500.00- |
| 3/07 | DBT CRD 1012 03/06/23 83418212<br>FACEBK NJU5QMPHV2<br>650-5434800      CA C#9742 | 35.00- |
| 3/08 | DBT CRD 0842 03/07/23 29401774<br>FACEBK VPH3RMPHV2<br>650-5434800      CA C#9742 | 50.00- |
| 3/08 | DBT CRD 1533 03/06/23 76149433<br>SUPER FLO SYSTEMS AND<br>513-870-5590  OH C#9742 | 100.00- |
| 3/08 | DBT CRD 1104 03/07/23 14953167<br>Regus Management Group<br>iwgplc.com    TX C#9742 | 1,595.30- |



```
                                        Date   3/31/23          Page        5
                                        Primary Account            ████1604


Commercial Checking              ████1604  (Continued)
```

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 3/09 | DBT CRD 0603 03/08/23 34039792<br>FACEBK LEBK9NXGV2<br>650-5434800   CA C#9742 | 75.00- |
| 3/14 | QBC_PMTS    INTUIT FINANCING<br>CCD 111000022628393<br>AUTOVOCITY TRANSPORT | 216.95- |
| 3/14 | QBC_PMTS    INTUIT FINANCING<br>CCD 111000022623837<br>AUTOVOCITY TRANSPORT | 269.12- |
| 3/14 | QBC_PMTS    INTUIT FINANCING<br>CCD 111000022627243<br>AUTOVOCITY TRANSPORT | 356.07- |
| 3/15 | Account Analysis Charge | 50.00- |
| 3/20 | DBT CRD 0104 03/17/23 18645117<br>VBS*VONAGE BUSINESS<br>866-901-0242   GA C#9742 | 606.17- |
| 3/20 | CORP COLL   THE LANE LAW FIR<br>CCD 114000096272079<br>AUTOVOCITY TRANSPORT | 2,500.00- |
| 3/22 | DBT CRD 1054 03/21/23 72887967<br>DNH*GODADDY.COM<br>https://www.g AZ C#9742 | 6.39- |
| 3/22 | DBT CRD 0559 03/21/23 95933595<br>FACEBK T2RKTN7HV2<br>650-5434800   CA C#9742 | 75.00- |
| 3/22 | DBT CRD 1010 03/20/23 46430583<br>SUPER FLO SYSTEMS AND<br>513-870-5590   OH C#9742 | 100.00- |
| 3/23 | DBT CRD 0104 03/22/23 18812076<br>VBS*VONAGE BUSINESS<br>866-901-0242   GA C#9742 | 17.97- |
| 3/24 | DBT CRD 1420 03/23/23 96453430<br>FACEBK 6E9V9N3JV2<br>650-5434800   CA C#9742 | 125.00- |
| 3/27 | DBT CRD 0907 03/25/23 08243568<br>DNH*GODADDY.COM<br>https://www.g AZ C#9742 | 76.62- |
| 3/27 | DBT CRD 1527 03/23/23 36520005<br>SUPER FLO SYSTEMS AND<br>513-870-5590   OH C#9742 | 29.95- |



```
                                    Date    3/31/23           Page         6
                                    Primary Account           ████████1604
```

Commercial Checking          ████████1604   (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 3/28 | DBT CRD 1335 03/27/23 69184473<br>Live Chat<br>617-275-2400    MA C#9742 | 483.00- |
| 3/28 | DBT CRD 0643 03/27/23 22000990<br>FACEBK 8B8QYN7HV2<br>650-5434800    CA C#9742 | 175.00- |
| 3/28 | Debit Card Rush Order | 50.00- |
| 3/28 | QBC_PMTS    INTUIT FINANCING<br>CCD 111000020449719<br>AUTOVOCITY TRANSPORT | 95.21- |
| 3/28 | QBC_PMTS    INTUIT FINANCING<br>CCD 111000020448507<br>AUTOVOCITY TRANSPORT | 129.99- |
| 3/28 | USATAXPYMT IRS<br>WEB 061036010013497<br>RAFAEL DOMINGUEZ JR<br>240348715666417 | 350.00- |
| 3/29 | DBT CRD 0914 03/28/23 12932667<br>DNH*GODADDY.COM<br>https://www.g AZ C#9742 | 153.25- |

## CHECKS IN SERIAL NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 3/01 | 44 | 950.00 | 3/27 | 60 | 700.00 |
| 3/03 | 50* | 616.50 | 3/21 | 61 | 600.00 |
| 3/06 | 51 | 477.50 | 3/16 | 62 | 5,000.00 |
| 3/06 | 52 | 1,632.33 | 3/17 | 64* | 1,179.00 |
| 3/09 | 53 | 155.00 | 3/23 | 66* | 2,400.49 |
| 3/09 | 54 | 697.50 | 3/23 | 67 | 603.00 |
| 3/10 | 55 | 4,310.16 | 3/24 | 68 | 1,140.50 |
| 3/13 | 56 | 582.50 | 3/28 | 69 | 3,730.33 |
| 3/13 | 57 | 100.00 | 3/30 | 73* | 297.00 |
| 3/16 | 58 | 100.00 | 3/31 | 74 | 3,086.33 |
| 3/15 | 59 | 3,895.00 | | | |

* Indicates Skip In Check Number Sequence



Date   3/31/23          Page       7
Primary Account          1604

Commercial Checking                    1604    (Continued)

### DAILY BALANCE INFORMATION

| Date  | Balance    | Date  | Balance    | Date  | Balance   |
|-------|------------|-------|------------|-------|-----------|
| 3/01  | 8,001.85   | 3/14  | 14,488.08  | 3/24  | 5,129.56  |
| 3/03  | 6,588.70   | 3/15  | 10,543.08  | 3/27  | 5,967.99  |
| 3/06  | 1,740.68   | 3/16  | 5,443.08   | 3/28  | 954.46    |
| 3/07  | 6,605.68   | 3/17  | 4,264.08   | 3/29  | 2,801.21  |
| 3/08  | 7,750.38   | 3/20  | 3,197.91   | 3/30  | 4,504.21  |
| 3/09  | 12,822.88  | 3/21  | 2,597.91   | 3/31  | 1,417.88  |
| 3/10  | 8,512.72   | 3/22  | 2,416.52   |       |           |
| 3/13  | 7,830.22   | 3/23  | 4,395.06   |       |           |

*** END OF STATEMENT ***

Check 44   Date: 03/01   Amount: $950.00

Check 50   Date: 03/03   Amount: $616.50

Check 51   Date: 03/06   Amount: $477.50

Check 52   Date: 03/06   Amount: $1,632.33

Check 53   Date: 03/09   Amount: $155.00

Check 54   Date: 03/09   Amount: $697.50

Check 55   Date: 03/10   Amount: $4,310.16

Check 56   Date: 03/13   Amount: $582.50

Check 57   Date: 03/13   Amount: $100.00

Check 58   Date: 03/16   Amount: $100.00

Check 59   Date: 03/15   Amount: $3,895.00

Check 60   Date: 03/27   Amount: $700.00

Check  61   Date: 03/21   Amount: $600.00

Check  62   Date: 03/16   Amount: $5,000.00

Check  64   Date: 03/17   Amount: $1,179.00

Check  66   Date: 03/23   Amount: $2,400.49

Check  67   Date: 03/23   Amount: $603.00

Check  68   Date: 03/24   Amount: $1,140.50

Check  69   Date: 03/28   Amount: $3,730.33

Check  73   Date: 03/30   Amount: $297.00

Check  74   Date: 03/31   Amount: $3,086.33

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)


MEMBER FDIC · EQUAL HOUSING LENDER